B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Patterson Constuction Company, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3339283** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**22292 Pepper Road**<br>**Unit D**<br>**Barrington, IL**                ZIP Code **60010** | Street Address of Joint Debtor (No. and Street, City, and State):                ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                ZIP Code | Mailing Address of Joint Debtor (if different from street address):                ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13       ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."       ■ Debts are primarily<br>business debts. |
|---|---|---|

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Chapter 11 Debtors**<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

**Statistical/Administrative Information**
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)            **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Patterson Constuction Company, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | *(To be completed if debtor is an individual whose debts are primarily consumer debts.)* |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>Signature of Attorney for Debtor(s)      (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                                **Page 3**

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Patterson Constuction Company, Inc.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
   Signature of Debtor

**X** _____
   Signature of Joint Debtor

_____
   Telephone Number (If not represented by attorney)

_____
   Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
   Signature of Foreign Representative

_____
   Printed Name of Foreign Representative

_____
   Date

**Signature of Attorney\***

**X**  **/s/ David R. Brown** _____
   Signature of Attorney for Debtor(s)

  **David R. Brown 3122323** _____
   Printed Name of Attorney for Debtor(s)

  **Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
   Firm Name

  **400 S. County Farm Road**
  **Suite 330**
  **Wheaton, IL 60187**

   Address

  **630-510-0000  Fax: 630-510-0004**
   Telephone Number

  **December  4, 2009**
   Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**  **/s/ Michael F. Maude, Jr.** _____
   Signature of Authorized Individual

  **Michael F. Maude, Jr.** _____
   Printed Name of Authorized Individual

  **Principal**
   Title of Authorized Individual

  **December  4, 2009**
   Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## United States Bankruptcy Court
### Northern District of Illinois

In re  **Patterson Constuction Company, Inc.**

Debtor(s)

Case No.

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **3,701.00** |
| Prior to the filing of this statement I have received | $ **3,701.00** |
| Balance Due | $ **0.00** |

2. $ **299.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor  ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor  ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **December  4, 2009**

**/s/ David R. Brown**
**David R. Brown 3122323**
**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**
**630-510-0000  Fax: 630-510-0004**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Patterson Constuction Company, Inc.**

Case No. _____

_____ Debtor(s)

Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                          **90**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **December  4, 2009**                    **/s/ Michael F. Maude, Jr.**
                                                 **Michael F. Maude, Jr.**/**Principal**
                                                 Signer/Title

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

.

A T & T
P.O. Box 8100
Aurora, IL 60507-8100


ABD Tank & Pump Co.
730 Industrial Drive
Elmhurst, IL 60126


Acino & Sons Secortatin, Inc
432 Charles Drive
Elk Grove Vill, IL 60007-3528


AJAX Waste Service
P.O. BOX 3909
JOLIET, IL 60434-3909


American Express
P.O. 650448
Dallas, TX 75265


Arco Electric Co.
3333 E. 143rd St.
Burnham, IL 60633-1628


Arete' 3
18645 S. WEST CREEK DRIVE
TINLEY PARK, IL 60477-6247


Aron Shuessler
1293 Royal Oak Lane
Lake the Hills, IL 60156-5528


AT & T
P.O. Box 8100
Aurora, IL 60507-8100


B& B Construction & Excavating
1288 E Bungalow Road
Morris, IL 60450-8949


Bank of America
P.O. Box 60069
City Of Industry, CA 91716

Becmar Springler Systems
2620 Bridge Lane
Woodstock, IL 60098


BrookWeiner, LLC
125 South Wacker Drive
Chicago, IL 60606-4424


Built Best Fence Company, Inc.
615 W Factory Road
Addison, IL 60101-4412


Central Insurance Companies
P.O. BOX 828
VAN WERT, OH 45891-0828


Central Repair, Inc.
P.O. Box 275
Bristol, WI 53104-0275


Central States Auto Sprinklers
13740 S. California Ave.
Blue Island, IL 60406-2835


Charles Gluth And Son Roofers
2550 Colfax Street
Gary, IN 46406-3032


Chicago Masonry Consrtuction
841 N. Addison Avenue
Elmhurst, IL 60126-1217


Chudo Construction, LLC
427 Aristocrat Drive
Bolingbrook, IL 60490-3190


Columbian  Agency
1005 LARAWAY ROAD
NEW LENOX, IL 60451


Com Ed
Bill Payment Center
Chicago, IL 60668-0001

CONVENIENT COFFEE SERVICE
1411 E. NINE MILE ROAD
FERNDALE, MI 48220


Corporate Design
2675 Pratum Avenue
Hoffman Estates, IL 60192-3703


Cowhey Gudmundosn Leder, Ltd
300 Park Boulevard
Itasca, IL 60143-1294


Dave Johnson & Associates, Ltd
312 South Hale Street
Wheaton, IL 60187-5220


Demarr Sealcoating, Inc.
240 East Hellen Road
Palatine, IL 60067-6955


Direct Canopy Resources, Inc.
P. O. Box 159
Waterloo, IN 46793-0159


Disposal Management Systms In
420 Cutters Mill Lane
Schaumburg, IL 60194-4531


Driven Fence Inc.
P.O. Box 2975
Northlake, IL 60164-7975


DRW Servicne, INc.
600 E. Joe Orr Road
Chicago Hgts, IL 60411


Dykstra Concrete Construction Co
13768 Kildare Avenue
Crestwood, IL 60445-2328


Elliot Construction Corp
8605 Fairway Place, Suite 101
Middleton, WI 53562

Environment, Inc.
1752 W. Armitage Court
Addison, IL 60101


Everest Excavating, Inc.
66 East End Drive
Gilberts, IL 60136-9731


Expert Installation Inc.
P.O. Box 398
Richmond, IL 60071-0398


Fabricating & Welding
12246 South Halsted Street
Chicago, IL 60628-6428


Faith Mechanical, Inc
1N301 Stargrass Lane
Elburn, IL 60119-9486


GMAC
P.O. Box 217060
Auburn Hills, MI 48321


H & H Tank Installers, Inc.
824 Marquette Drive North
Tinley Park, IL 60477


Hafer Acoustical Ceilings, Inc.
1514 Charnbrook Drive
McHenry, IL 60051


Hartwig Plumbing & Heating
20800 E. Brink Street
Harvard, IL 60033


Hinkley Spring Water Company
P.O. Box 660579
Dallas, TX 75201


Humana Insurance Company
P. O. Box 0884
Carol Stream, IL 60188

Hunter Benefits
CONSULTING GROUP, INC.
Palatine, IL 60074


IDM Group
200 N Michigan Avenue, 2nd Floor
Chicago, IL 60601


Illini Consulting Group, Inc.
2675 Pratum Avenue
Hoffman Estates, IL 60195


Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60602


Illinois Dept Employment Security
Chicago Region - Revenue
527 S. Wells Street, Suite 100
Chicago, IL 60607


Imagine Tile, Inc.
100 Delawanna Avenue
Clifton, NJ 07011


Indiana Department of Revenue
100 N. Senate Avenue
Indianapolis, IN 46204


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604


Internal Revenue Service
ATTN: Centralized Insolvency
PO Box 21126
Philadelphia, PA 19114


Jim Russell
1232 SANDHURST
BUFFALO GROVE, IL 60089

JJ Stucco & Plastering System
1096 Barlina Road
Crystal Lake, IL 60012


Lee Plbg Mechanical Contrs Inc.
2916 60th Street
Kenosha, WI 54130


LSI Industries, Inc.
1042 SOLUTION CTR
CHICAGO, IL 60677


McGee Corporation
P. O. BOX 1375
MATTHEWS, NC 28104


Member Mechanical
1310 N. Cicero Avenue
Chicago, IL 60651


Mercury Construction Ltd
P.O. Box 18
Warrenville, IL 60517


MET LIFE SBC
Metlife Small Business Center
Kansas City, MO 64101


Mid-States Concrete Industries
500 South Park Avenue
South Beloit, Il 61080-2099


Mike Walsh Tile
554 Anderson Drive
Romeoville, IL 60446


National Const. Rentals, Inc.
1894 Plain Avenue
Aurora, IL 60507


National Construction Rentals, Inc.
P.O. Box 4503
Pacoima, CA 91331

Nicor
PO Box 310
Aurora, IL 60507


Peterson Glass Company
5535 Milwaukee Avenue
Chicago, IL 60630


Petro Paving, Inc.
3810 Industrial
Rolling Meadows, IL 60008


Premier Petroleum Equipment Service
2550 Delta Lane
Elk Grove Vill, IL 60007


Secretary of State
JESSE WHITE - LICENSE RENEWAL
Springfield, IL 62701


Soil and Material Consultants
8 W. College Dr.
Arlington Heights, IL 60004


Speedway SuperAmerica, LLC
P. O. Box 740587
Cincinnati, OH 45202


Sprint
P. O. BOX 4181
CAROL STREAM, IL 60188


Stand Guard, Inc.
6110 LOU STREET
Crystal Lake, IL 60012


Steve Howett
335 N. MacArthur
Palatine, IL 60074


Steven Reed DBA
Growing Creations
JOLIET, IL 60403

T & Zee Mechanical
860 Summit Street
Elgin, IL 60120


Thomas Bonanno
2330 W. St. Paul Ave
Chicago, IL 60630


Total Mechanical
W234 N2830 Paul Road
Pewaukee, WI 53072


UNITED HEALTHCARE
Dept. CH 10151
Palatine, IL 60074


United Parcel Service
LOCKBOX 577
CAROL STREAM, IL 60188


United Rentals Hway Tech./WLI
33946 Treasury Center
Chicago, IL 60694


UPS Corporate Headquarters
55 Glenlake Parkway, NE
Atlanta, GA 30328


VEOLIA Environmental Services
P.O. Box 6484
Carol Stream, IL 60197


Veolia Envrionmental Services
701 Green Bay Road
Zion, IL 60099


W-T Land Surveying, INc.
2675 Pratum Avenue
Hoffman Estates, IL 60195


Waste Management North
P.O. Box 4648
Carol Stream, IL 60197

Wendell Builders, Inc.
394 Lincoln Terrace
Buffalo Grove, IL 60089


WilKor Construction Inc.
700 Willow Lane
West Dundee, IL 60118


WT Civil Engineering
2675 Pratum Avenue
Hoffman Estates, IL 60195