# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                                    §
                                                          §
PATTERSON CONSTUCTION COMPANY, INC. §          Case No. 09-46020
                                                          §
                    Debtor(s)                   §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on
    .   The undersigned trustee was appointed on               .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

        Funds were disbursed in the following amounts:

        Payments made under an interim
        disbursement
        Administrative expenses
        Bank service fees
        Other payments to creditors
        Non-estate funds paid to 3rd Parties
        Exemptions paid to the debtor
        Other payments to the debtor

        Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ _____ as interim compensation and now requests a sum of $ _____, for a total compensation of $ _____[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____, and now requests reimbursement for expenses of $ _____, for total expenses of $ _____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/JOSEPH E. COHEN _____
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 09-46020 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |

Case Name:   PATTERSON CONSTUCTION COMPANY, INC.

Date Filed (f) or Converted (c):   12/04/09 (f)

For Period Ending:  11/16/13

341(a) Meeting Date:   12/28/09

Claims Bar Date:   04/16/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. business checking account xxxx5348 at Bank of Amer | 4,924.22 | 0.00 | | 4,900.00 | FA |
| 2. Key man life insurance on Michael Maude, Jr. Term | 0.00 | 0.00 | | 0.00 | 0.00 |
| 3. Gross Receivables are $1,083,957.16 (see attachmen | 60,000.00 | 0.00 | | 3,999.62 | 0.00 |
| 4. Due from shareholder Michael F. Maude, Jr. | 91,173.00 | 0.00 | | 0.00 | 0.00 |
| 5. 1994 Jeep Grand Gherokee | 650.00 | 0.00 | | 0.00 | 0.00 |
| 6. 1991 FORD PICKUP | 500.00 | 0.00 | | 0.00 | 0.00 |
| 7. 1994 FORD EXPLORER | 625.00 | 0.00 | | 0.00 | 0.00 |
| 8. 1995 JEEP | 850.00 | 0.00 | | 0.00 | 0.00 |
| 9. 1997 DODGE RAM CHICAGO | 1,225.00 | 0.00 | | 0.00 | 0.00 |
| 10. 1997 JEEP GRAND CHEROKEE | 2,075.00 | 0.00 | | 0.00 | 0.00 |
| 11. 2004 CHRYSLER PT CRUISER | 2,950.00 | 0.00 | | 0.00 | 0.00 |
| 12. 2007 GMC YUKON XL | 22,775.00 | 0.00 | | 0.00 | 0.00 |
| 13. 1 TOSHIBA T19608 | 0.00 | Unknown | | 0.00 | Unknown |
| 14. 100LX PALMTOP 1MBRAM | 0.00 | Unknown | | 0.00 | Unknown |
| 15. 11VGA ZCM1492 MNTR | 0.00 | Unknown | | 0.00 | Unknown |
| 16. 16 MB RAM 386DX COMP | 0.00 | Unknown | | 0.00 | Unknown |
| 17. 2 COMPUTERS | 0.00 | Unknown | | 0.00 | Unknown |
| 18. 2 COMPUTERS & SURGRS | 0.00 | Unknown | | 0.00 | Unknown |
| 19. 2 DELL33S & 2 HP4LS | 0.00 | Unknown | | 0.00 | Unknown |
| 20. 2 LAPTOP UPGRADES | 0.00 | Unknown | | 0.00 | Unknown |
| 21. 2 MOBILE PHONES | 0.00 | Unknown | | 0.00 | Unknown |
| 22. 2 MOMORY / 3FAX MOD | 0.00 | Unknown | | 0.00 | Unknown |
| 23. 2 PHONES | 0.00 | Unknown | | 0.00 | Unknown |
| 24. 2 SONY CAMERA | 0.00 | Unknown | | 0.00 | Unknown |
| 25. 2 TOSHIBA LAPTOPPS | 0.00 | Unknown | | 0.00 | Unknown |
| 26. 2 ZETA FAXES, WINVIE | 0.00 | Unknown | | 0.00 | Unknown |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   2

Exhibit A

| Case No: | 09-46020   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | PATTERSON CONSTUCTION COMPANY, INC. | Date Filed (f) or Converted (c): | 12/04/09 (f) |
| | | 341(a) Meeting Date: | 12/28/09 |
| | | Claims Bar Date: | 04/16/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 27. 22&quot; MONITOR | 0.00 | Unknown | | 0.00 | Unknown |
| 28. 3 MEGA ENTERNET CARD | 0.00 | Unknown | | 0.00 | Unknown |
| 29. 3 NITTY ZOOM 230 KITTS | 0.00 | Unknown | | 0.00 | Unknown |
| 30. 4 ANTI VIRUS 3QUATUM | 0.00 | Unknown | | 0.00 | Unknown |
| 31. 486SX LJ4SVGA OSCAR W. LARSON | 0.00 | Unknown | | 0.00 | Unknown |
| 32. 5 ETHERNAL | 0.00 | Unknown | | 0.00 | Unknown |
| 33. 5 MONITORS | 0.00 | Unknown | | 0.00 | Unknown |
| 34. 540 MB SCSI COMPUTER | 0.00 | Unknown | | 0.00 | Unknown |
| 35. 6 FIELD CAMERAS | 0.00 | Unknown | | 0.00 | Unknown |
| 36. 7 17' MONITORS | 0.00 | Unknown | | 0.00 | Unknown |
| 37. 7 LAPTOP COMPUTERS | 0.00 | Unknown | | 0.00 | Unknown |
| 38. 9 OFFICE CHAIRS | 0.00 | Unknown | | 0.00 | Unknown |
| 39. ACCESS | 0.00 | Unknown | | 0.00 | Unknown |
| 40. AST 66 PREMIA & VGA | 0.00 | Unknown | | 0.00 | Unknown |
| 41. BAECKER | 0.00 | Unknown | | 0.00 | Unknown |
| 42. BATTERIES | 0.00 | Unknown | | 0.00 | Unknown |
| 43. BELL RADAR | 0.00 | Unknown | | 0.00 | Unknown |
| 44. CAMERA FEILD PERSON | 0.00 | Unknown | | 0.00 | Unknown |
| 45. CAMERAS | 0.00 | Unknown | | 0.00 | Unknown |
| 46. CANNON CONTROL CARD | 0.00 | Unknown | | 0.00 | Unknown |
| 47. CANNON COPIER | 0.00 | Unknown | | 0.00 | Unknown |
| 48. CANON DIGITAL CAMERA | 0.00 | Unknown | | 0.00 | Unknown |
| 49. CANON PRINTER | 0.00 | Unknown | | 0.00 | Unknown |
| 50. CANON PRINTER | 0.00 | Unknown | | 0.00 | Unknown |
| 51. CAR PHONE - SR. | 0.00 | Unknown | | 0.00 | Unknown |
| 52. CAR RADIOS | 0.00 | Unknown | | 0.00 | Unknown |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   3

Exhibit A

| Case No: | 09-46020   ABG   Judge: A. BENJAMIN GOLDGAR |
|---|---|
| Case Name: | PATTERSON CONSTUCTION COMPANY, INC. |

| Trustee Name: | JOSEPH E. COHEN |
|---|---|
| Date Filed (f) or Converted (c): | 12/04/09 (f) |
| 341(a) Meeting Date: | 12/28/09 |
| Claims Bar Date: | 04/16/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 53. CARPETING | 0.00 | Unknown | | 0.00 | Unknown |
| 54. CHAIRMAT | 0.00 | Unknown | | 0.00 | Unknown |
| 55. CHAIRS | 0.00 | Unknown | | 0.00 | Unknown |
| 56. CHAIRS | 0.00 | Unknown | | 0.00 | Unknown |
| 57. CMP PROTECT DEVICES | 0.00 | Unknown | | 0.00 | Unknown |
| 58. COFFEE MAKER | 0.00 | Unknown | | 0.00 | Unknown |
| 59. COMP USA | 0.00 | Unknown | | 0.00 | Unknown |
| 60. COMPANY | 0.00 | Unknown | | 0.00 | Unknown |
| 61. COMPUTER | 0.00 | Unknown | | 0.00 | Unknown |
| 62. COMPUTER | 0.00 | Unknown | | 0.00 | Unknown |
| 63. COMPUTER & MONITORS | 0.00 | Unknown | | 0.00 | Unknown |
| 64. COMPUTER AND MONITOR | 0.00 | Unknown | | 0.00 | Unknown |
| 65. COMPUTER EQUIP | 0.00 | Unknown | | 0.00 | Unknown |
| 66. COMPUTER EQUIP/XIRCOM | 0.00 | Unknown | | 0.00 | Unknown |
| 67. COMPUTER EQUIPMENT | 0.00 | Unknown | | 0.00 | Unknown |
| 68. COMPUTER EQUIPMENT | 0.00 | Unknown | | 0.00 | Unknown |
| 69. COMPUTER EQUIPMENT | 0.00 | Unknown | | 0.00 | Unknown |
| 70. COMPUTER EQUIPMENT | 0.00 | Unknown | | 0.00 | Unknown |
| 71. COMPUTER EQUIPMENT | 0.00 | Unknown | | 0.00 | Unknown |
| 72. COMPUTER HARDWARE | 0.00 | Unknown | | 0.00 | Unknown |
| 73. COMPUTER NETWORK EQUIP | 0.00 | Unknown | | 0.00 | Unknown |
| 74. COMPUTER NETWORK EQUIP | 0.00 | Unknown | | 0.00 | Unknown |
| 75. COMPUTER- PATTIE | 0.00 | Unknown | | 0.00 | Unknown |
| 76. COMPUTER PRINTER | 0.00 | Unknown | | 0.00 | Unknown |
| 77. COMPUTER SOFTWARE | 0.00 | Unknown | | 0.00 | Unknown |
| 78. COMPUTER SOFTWARE | 0.00 | Unknown | | 0.00 | Unknown |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

| Case No: | 09-46020 | ABG | Judge: A. BENJAMIN GOLDGAR |
|---|---|---|---|
| Case Name: | PATTERSON CONSTUCTION COMPANY, INC. | | |

| Trustee Name: | JOSEPH E. COHEN |
|---|---|
| Date Filed (f) or Converted (c): | 12/04/09 (f) |
| 341(a) Meeting Date: | 12/28/09 |
| Claims Bar Date: | 04/16/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 79. COMPUTER SYS SOLUTIONS | 0.00 | Unknown | | 0.00 | Unknown |
| 80. COMPUTER WIRING | 0.00 | Unknown | | 0.00 | Unknown |
| 81. COMPUTERS | 0.00 | Unknown | | 0.00 | Unknown |
| 82. COMPUTERS | 0.00 | Unknown | | 0.00 | Unknown |
| 83. COMPUTERS | 0.00 | Unknown | | 0.00 | Unknown |
| 84. COMPUTERS | 0.00 | Unknown | | 0.00 | Unknown |
| 85. CONTRS FENCE SERV | 0.00 | Unknown | | 0.00 | Unknown |
| 86. COUNTER TOPS | 0.00 | Unknown | | 0.00 | Unknown |
| 87. CUBICAL PANELS | 0.00 | Unknown | | 0.00 | Unknown |
| 88. CUSTOM REPORTS | 0.00 | Unknown | | 0.00 | Unknown |
| 89. CUSTOM SOFTWARE | 0.00 | Unknown | | 0.00 | Unknown |
| 90. DELL COMPUTER | 0.00 | Unknown | | 0.00 | Unknown |
| 91. DELL COMPUTER | 0.00 | Unknown | | 0.00 | Unknown |
| 92. DELL EXTENDED WARRANTY | 0.00 | Unknown | | 0.00 | Unknown |
| 93. DESK & CHAIRS | 0.00 | Unknown | | 0.00 | Unknown |
| 94. DESK JET PRINTER | 0.00 | Unknown | | 0.00 | Unknown |
| 95. DESKS | 0.00 | Unknown | | 0.00 | Unknown |
| 96. DIGITAL CAMERA | 0.00 | Unknown | | 0.00 | Unknown |
| 97. DUMPSTER | 0.00 | Unknown | | 0.00 | Unknown |
| 98. ELECTRIC & CONST. | 0.00 | Unknown | | 0.00 | Unknown |
| 99. ENTERNET ADAPTER | 0.00 | Unknown | | 0.00 | Unknown |
| 100. FAX MACHINE | 0.00 | Unknown | | 0.00 | Unknown |
| 101. FAX MACHINE | 0.00 | Unknown | | 0.00 | Unknown |
| 102. FAX MACHINE | 0.00 | Unknown | | 0.00 | Unknown |
| 103. FENCING | 0.00 | Unknown | | 0.00 | Unknown |
| 104. FENCING | 0.00 | Unknown | | 0.00 | Unknown |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

| Case No: | 09-46020   ABG   Judge: A. BENJAMIN GOLDGAR |
|---|---|
| Case Name: | PATTERSON CONSTUCTION COMPANY, INC. |

| Trustee Name: | JOSEPH E. COHEN |
|---|---|
| Date Filed (f) or Converted (c): | 12/04/09 (f) |
| 341(a) Meeting Date: | 12/28/09 |
| Claims Bar Date: | 04/16/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 105. FENCING | 0.00 | Unknown | | 0.00 | Unknown |
| 106. FIBER REEL TAPE ENG | 0.00 | Unknown | | 0.00 | Unknown |
| 107. FILE CABINET | 0.00 | Unknown | | 0.00 | Unknown |
| 108. FILE CABINETS | 0.00 | Unknown | | 0.00 | Unknown |
| 109. FIRE EXTINGUISHER | 0.00 | Unknown | | 0.00 | Unknown |
| 110. FIREBOX | 0.00 | Unknown | | 0.00 | Unknown |
| 111. FRONT DOOR MAT | 0.00 | Unknown | | 0.00 | Unknown |
| 112. GUARDTECH | 0.00 | Unknown | | 0.00 | Unknown |
| 113. HARD DISK, RAM, PORT | 0.00 | Unknown | | 0.00 | Unknown |
| 114. HP DESKTOP COMPUTER | 0.00 | Unknown | | 0.00 | Unknown |
| 115. HP LASER PRINTERS | 0.00 | Unknown | | 0.00 | Unknown |
| 116. HP LASERJET 4'S | 0.00 | Unknown | | 0.00 | Unknown |
| 117. HP LASERJET, 4PRINTER | 0.00 | Unknown | | 0.00 | Unknown |
| 118. HPC LASER JET PRINTER | 0.00 | Unknown | | 0.00 | Unknown |
| 119. IBM COMPUTER LAPTOP | 0.00 | Unknown | | 0.00 | Unknown |
| 120. LAPTOP COMPUTERS | 0.00 | Unknown | | 0.00 | Unknown |
| 121. LAPTOP COMPUTERS | 0.00 | Unknown | | 0.00 | Unknown |
| 122. LASER DETROIT | 0.00 | Unknown | | 0.00 | Unknown |
| 123. LASER LEVEL/TRIPOD | 0.00 | Unknown | | 0.00 | Unknown |
| 124. LASERPLANE/ LASERSOUR | 0.00 | Unknown | | 0.00 | Unknown |
| 125. MED CON SUPT | 0.00 | Unknown | | 0.00 | Unknown |
| 126. MEI COMPUTER EQUIP | 0.00 | Unknown | | 0.00 | Unknown |
| 127. MEMORY UPGRADE CHIPS | 0.00 | Unknown | | 0.00 | Unknown |
| 128. MERLIN 3070 CNTRL UN | 0.00 | Unknown | | 0.00 | Unknown |
| 129. MERLIN PLUS R-1 | 0.00 | Unknown | | 0.00 | Unknown |
| 130. MI LASER LEVEL & TRANS | 0.00 | Unknown | | 0.00 | Unknown |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   6

Exhibit A

| Case No: | 09-46020   ABG   Judge: A. BENJAMIN GOLDGAR |
| Case Name: | PATTERSON CONSTUCTION COMPANY, INC. |

| Trustee Name: | JOSEPH E. COHEN |
| Date Filed (f) or Converted (c): | 12/04/09 (f) |
| 341(a) Meeting Date: | 12/28/09 |
| Claims Bar Date: | 04/16/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 131. MIDWEST SYSTEMS CONS | 0.00 | Unknown | | 0.00 | Unknown |
| 132. MISC COMP EQUIPMENT | 0.00 | Unknown | | 0.00 | Unknown |
| 133. MISC OFFICE EQUIP | 0.00 | Unknown | | 0.00 | Unknown |
| 134. MOBILE PHONE | 0.00 | Unknown | | 0.00 | Unknown |
| 135. MOBILE PHONE | 0.00 | Unknown | | 0.00 | Unknown |
| 136. MOBILE PHONE - SR. | 0.00 | Unknown | | 0.00 | Unknown |
| 137. MOBILE PHONES GIG OF MEM/ FILE | 0.00 | Unknown | | 0.00 | Unknown |
| 138. MODEM | 0.00 | Unknown | | 0.00 | Unknown |
| 139. MONITOR CLIPBOARD | 0.00 | Unknown | | 0.00 | Unknown |
| 140. MONITOR LASER PRINTER | 0.00 | Unknown | | 0.00 | Unknown |
| 141. MOUNTAINEER | 0.00 | Unknown | | 0.00 | Unknown |
| 142. NETWORK | 0.00 | Unknown | | 0.00 | Unknown |
| 143. NETWORK UPGRADES | 0.00 | Unknown | | 0.00 | Unknown |
| 144. NEW PCC SIGNS | 0.00 | Unknown | | 0.00 | Unknown |
| 145. NEXTEL PHONE | 0.00 | Unknown | | 0.00 | Unknown |
| 146. NEXTEL PHONES | 0.00 | Unknown | | 0.00 | Unknown |
| 147. OFFICE BUILDING OUT BUILDING DESIGN | 0.00 | Unknown | | 0.00 | Unknown |
| 148. OFFICE CHAIR | 0.00 | Unknown | | 0.00 | Unknown |
| 149. OFFICE FURNITURE | 0.00 | Unknown | | 0.00 | Unknown |
| 150. OFFICE FURNITURE | 0.00 | Unknown | | 0.00 | Unknown |
| 151. OFFICE FURNITURE | 0.00 | Unknown | | 0.00 | Unknown |
| 152. OKIDATA PRINTER | 0.00 | Unknown | | 0.00 | Unknown |
| 153. PAINTING | 0.00 | Unknown | | 0.00 | Unknown |
| 154. PANEL CONNECTORS | 0.00 | Unknown | | 0.00 | Unknown |
| 155. PHONES | 0.00 | Unknown | | 0.00 | Unknown |
| 156. POLICY & PROCEDURES | 0.00 | Unknown | | 0.00 | Unknown |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 09-46020 | ABG | Judge: A. BENJAMIN GOLDGAR |
|---|---|---|---|
| Case Name: | PATTERSON CONSTUCTION COMPANY, INC. | | |

Trustee Name:   JOSEPH E. COHEN
Date Filed (f) or Converted (c):   12/04/09 (f)
341(a) Meeting Date:   12/28/09
Claims Bar Date:   04/16/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 157. PORTABLE PHONE | 0.00 | Unknown | | 0.00 | Unknown |
| 158. PORTABLE PHONES | 0.00 | Unknown | | 0.00 | Unknown |
| 159. POST CONCRETE REPAIR | 0.00 | Unknown | | 0.00 | Unknown |
| 160. POWER WASHER | 0.00 | Unknown | | 0.00 | Unknown |
| 161. PRINTERS | 0.00 | Unknown | | 0.00 | Unknown |
| 162. RECLASS MI EQUIP | 0.00 | Unknown | | 0.00 | Unknown |
| 163. RECLS MICHIGAN EQUIP | 0.00 | Unknown | | 0.00 | Unknown |
| 164. REFRIGERATOR | 0.00 | Unknown | | 0.00 | Unknown |
| 165. RHOMAT & ENTERNET | 0.00 | Unknown | | 0.00 | Unknown |
| 166. SERVER | 0.00 | Unknown | | 0.00 | Unknown |
| 167. SHEDDER | 0.00 | Unknown | | 0.00 | Unknown |
| 168. SHELVES 2004 MERCURY | 0.00 | Unknown | | 0.00 | Unknown |
| 169. SHELVES FOR WAREHOUSE | 0.00 | Unknown | | 0.00 | Unknown |
| 170. SHELVES FOR WAREHOUSE | 0.00 | Unknown | | 0.00 | Unknown |
| 171. SIGNS | 0.00 | Unknown | | 0.00 | Unknown |
| 172. SIGNS FOR OFFICE | 0.00 | Unknown | | 0.00 | Unknown |
| 173. SIGNSNOW FOR WAREHOUSE | 0.00 | Unknown | | 0.00 | Unknown |
| 174. SOFTWARE | 0.00 | Unknown | | 0.00 | Unknown |
| 175. SOFTWARE | 0.00 | Unknown | | 0.00 | Unknown |
| 176. SOFTWARE | 0.00 | Unknown | | 0.00 | Unknown |
| 177. SOFTWARE | 0.00 | Unknown | | 0.00 | Unknown |
| 178. SPRINT INTERNET CARDS | 0.00 | Unknown | | 0.00 | Unknown |
| 179. TELEPHONE SYST INST | 0.00 | Unknown | | 0.00 | Unknown |
| 180. TILE | 0.00 | Unknown | | 0.00 | Unknown |
| 181. TOSHIBA COMP LAPTOP | 0.00 | Unknown | | 0.00 | Unknown |
| 182. TOSHIBA LAPTOP 225CD | 0.00 | Unknown | | 0.00 | Unknown |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    8

Exhibit A

| Case No: | 09-46020   ABG   Judge: A. BENJAMIN GOLDGAR | | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | PATTERSON CONSTUCTION COMPANY, INC. | | | Date Filed (f) or Converted (c): | 12/04/09 (f) |
| | | | | 341(a) Meeting Date: | 12/28/09 |
| | | | | Claims Bar Date: | 04/16/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 183. W JOHNSON ARCHITECT | 0.00 | Unknown | | 0.00 | Unknown |
| 184. W. JOHNSON ARCHITECT | 0.00 | Unknown | | 0.00 | Unknown |
| 185. WAREHOUSE FIX UP | 0.00 | Unknown | | 0.00 | Unknown |
| 186. WAREHOUSE PAINT | 0.00 | Unknown | | 0.00 | Unknown |
| 187. WAREHOUSE SUPPLIES | 0.00 | Unknown | | 0.00 | Unknown |
| 188. WATER COOLER | 0.00 | Unknown | | 0.00 | Unknown |
| 189. WATER COOLER | 0.00 | Unknown | | 0.00 | Unknown |
| 190. WIRING FOR NETWORK | 0.00 | Unknown | | 0.00 | Unknown |
| 191. FRAUDULENT CONVEYANCES (u) | 0.00 | 75,000.00 | | 59,220.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 4.70 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $187,747.22 | $75,000.00 | | $68,124.32 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS COLLECTED SOME ACCOUNTS RECEIVABLE OF THE DEBTOR.  TRUSTEE TO INITIATE AN PREFERENCE AND FRAUDULENT
CONVEYANCE ANALYSIS.  TRUSTEE HAS FILED 7 ADVERSARY COMPLAINTS SEEKING RECOVERY OF FRAUDULENT CONVEYANCES.  LITIGATION
IS ONGOING WITH SOME SETTLEMENTS.  TRUSTEE HAS SETTLED THE LAST PENDING ADVERSARY COMPLAINT AND WILL COMMENCE WORK ON
THE FINAL REPORT AND RELATED DOCUMENTS.

Initial Projected Date of Final Report (TFR): 06/30/13        Current Projected Date of Final Report (TFR): 11/30/13

Page:  1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 09-46020  -ABG |
| Case Name: | PATTERSON CONSTUCTION COMPANY, INC. |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1988  Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******9283 |
| For Period Ending: | 11/16/13 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 42,590.29 | | 42,590.29 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.25 | 42,564.04 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.12 | 42,536.92 |
| 11/21/12 | 191 | Corporate Design & Development Group,LLC | | 1241-000 | 7,720.00 | | 50,256.92 |
| 11/21/12 | 191 | US Bank | Settlement of Adversary | 1241-000 | 7,500.00 | | 57,756.92 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.35 | 57,727.57 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.78 | 57,690.79 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 85.76 | 57,605.03 |
| 02/18/13 | 191 | DRW SERVICES, INC. | Settlement of Adversary | 1241-000 | 10,000.00 | | 67,605.03 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 60.64 | 67,544.39 |
| | | 701 Poydras Street | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 82.63 | 67,461.76 |
| 03/13/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.00 | 67,448.76 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 100.32 | 67,348.44 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 96.89 | 67,251.55 |
| 05/08/13 | 300002 | COHON RAIZES & REGAL | Attorney fees per court order | 3210-000 | | 4,947.50 | 62,304.05 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 95.48 | 62,208.57 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 89.51 | 62,119.06 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 92.36 | 62,026.70 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 92.22 | 61,934.48 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 89.12 | 61,845.36 |

Page Subtotals        67,810.29        5,964.93

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit B

| | | |
|---|---|---|
| Case No: | 09-46020  -ABG | |
| Case Name: | PATTERSON CONSTUCTION COMPANY, INC. | |

| | |
|---|---|
| Taxpayer ID No: | *******9283 |
| For Period Ending: | 11/16/13 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1988  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 67,810.29 | 5,964.93 | 61,845.36 |
| | | | Less:  Bank Transfers/CD's | | 42,590.29 | 0.00 | |
| | | | Subtotal | | 25,220.00 | 5,964.93 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 25,220.00 | 5,964.93 | |

Page Subtotals                    0.00                    0.00

Ver: 17.04

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    3

Exhibit B

Case No:  09-46020 -ABG
Case Name:  PATTERSON CONSTUCTION COMPANY, INC.

Taxpayer ID No: *******9283
For Period Ending:  11/16/13

Trustee Name:  JOSEPH E. COHEN
Bank Name:  BANK OF AMERICA, N.A.
Account Number / CD #:  *******1176  BofA - Money Market Account

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/17/10 | 1 | Patterson Construction Co. Inc. | | 1129-000 | 4,900.00 | | 4,900.00 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 4,900.03 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 4,900.16 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,900.28 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,900.40 |
| 06/01/10 | 3 | CITY OF ROLLING MEADOWS | | 1121-000 | 3,000.00 | | 7,900.40 |
| 06/01/10 | 3 | VILLAGE OF GLENVIEW | ACCOUNT RECEIVABLE | 1121-000 | 599.62 | | 8,500.02 |
| * 06/01/10 | 3 | MARATHON PETROLEUM | ACCOUNT RECEIVABLE | 1121-003 | 6,077.00 | | 14,577.02 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.22 | | 14,577.24 |
| * 07/21/10 | 3 | MARATHON PETROLEUM | ACCOUNT RECEIVABLE | 1121-003 | -6,077.00 | | 8,500.24 |
| | | | Check returned refer to maker | | | | |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,500.45 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.22 | | 8,500.67 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,500.88 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,501.09 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,501.30 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.22 | | 8,501.52 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.22 | | 8,501.74 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,501.81 |
| 03/29/11 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 4.16 | 8,497.65 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,497.72 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,497.79 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,497.86 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,497.93 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,498.00 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 8,498.08 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,498.15 |
| 10/26/11 | 3 | Charter Township of Commerce | ACCOUNT RECEIVABLE | 1121-000 | 400.00 | | 8,898.15 |

Page Subtotals            8,902.31            4.16

Page:   4

Exhibit B

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 09-46020 -ABG | |
| Case Name: | PATTERSON CONSTUCTION COMPANY, INC. | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1176  BofA - Money Market Account |

| | |
|---|---|
| Taxpayer ID No: | *******9283 |
| For Period Ending: | 11/16/13 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,898.22 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.84 | 8,887.38 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,887.45 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.96 | 8,876.49 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,876.56 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.94 | 8,865.62 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 8,865.70 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.63 | 8,854.07 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,854.14 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.52 | 8,843.62 |
| 03/11/12 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 7.44 | 8,836.18 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,836.25 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.87 | 8,825.38 |
| 04/10/12 | 191 | AMERICAN EXPRESS TRAVEL RELATED SERVICES | Settlement of Adversary | 1241-000 | 30,000.00 | | 38,825.38 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.22 | | 38,825.60 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 33.34 | 38,792.26 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.33 | | 38,792.59 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 49.29 | 38,743.30 |
| 06/19/12 | 191 | TOTAL MECHANICAL | Settlement of Adversary | 1241-000 | 4,000.00 | | 42,743.30 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.33 | | 42,743.63 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 47.36 | 42,696.27 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.36 | | 42,696.63 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 56.00 | 42,640.63 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.34 | | 42,640.97 |
| 08/30/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 10TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 50.68 | 42,590.29 |

| | | |
|---|---|---|
| Page Subtotals | 34,002.01 | 309.87 |

Ver: 17.04

FOR FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   5

Exhibit B

| Case No: | 09-46020  -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | PATTERSON CONSTUCTION COMPANY, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1176  BofA - Money Market Account |
| Taxpayer ID No: | *******9283 | | |
| For Period Ending: | 11/16/13 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 42,590.29 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 42,904.32 | 42,904.32 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 42,590.29 | |
| Subtotal | 42,904.32 | 314.03 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 42,904.32 | 314.03 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******1988 | 25,220.00 | 5,964.93 | 61,845.36 |
| BofA - Money Market Account - *******1176 | 42,904.32 | 314.03 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 68,124.32 | 6,278.96 | 61,845.36 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          42,590.29

Ver: 17.04

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Date: November 16, 2013

Case Number:  09-46020
Debtor Name:  PATTERSON CONSTUCTION COMPANY, INC.

Claim Number Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | COHEN & KROL | Administrative | | $0.00 | $21,911.25 | $21,911.25 |
| 000001<br>040<br>5800-00 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Priority | | $0.00 | $311.54 | $311.54 |
| 000002<br>070<br>7100-00 | Commonwealth Edison Company<br>Bankruptcy Department<br>3 Lincoln Center<br>Oakbrook Terrace, IL 60181 | Unsecured | | $0.00 | $526.55 | $526.55 |
| 000003<br>070<br>7100-00 | Expert Installation Inc.<br>P.O. Box 398<br>Richmond, IL 60071-0398 | Unsecured | | $0.00 | $215.75 | $215.75 |
| 000004<br>070<br>7100-00 | AJAX Waste Service<br>P.O. BOX 3909<br>JOLIET, IL 60434-3909 | Unsecured | | $0.00 | $280.00 | $280.00 |
| 000005<br>070<br>7100-00 | Faith Mechanical, Inc<br>1N301 Stargrass Lane<br>Elburn, IL 60119-9486 | Unsecured | | $0.00 | $14,870.00 | $14,870.00 |
| 000006<br>070<br>7100-00 | Fabricating & Welding<br>12246 South Halsted Street<br>Chicago, IL 60628-6428 | Unsecured | | $0.00 | $15,794.80 | $15,794.80 |
| 000007A<br>050<br>4110-00 | Bank of America<br>by merger to LaSalle Bank<br>Scott E Jensen<br>101 N Wacker Dr Suite 101<br>Chicago, IL 60606 | Secured | | $0.00 | $818,514.98 | $818,514.98 |
| 000008<br>070<br>7100-00 | Wendell Builders, Inc.<br>394 Lincoln Terrace<br>Buffalo Grove, IL 60089 | Unsecured | | $0.00 | $31,070.00 | $31,070.00 |
| 000009<br>070<br>7100-00 | SPEEDWAY LLC<br>PO BOX 1590<br>SPRINGFIELD, OH 45501 | Unsecured | | $0.00 | $1,923.61 | $1,923.61 |
| 000010<br>070<br>7100-00 | Hafer Acoustical Ceilings, Inc.<br>1514 Charnbrook Drive<br>McHenry, IL 60051 | Unsecured | | $0.00 | $3,950.00 | $3,950.00 |
| 000011A<br>999<br>6950-73 | Illinois Department of Revenue<br><B>(ADMINISTRATIVE)</B><br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | Administrative | | $0.00 | $96.28 | $96.28 |

| Page 2 | | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 16, 2013 |

Case Number:    09-46020
Debtor Name:    PATTERSON CONSTUCTION COMPANY, INC.

Claim Number Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000012A<br>040<br>5800-00 | Internal Revenue Service<br>Dept of the Treasury<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $0.00 | $24.87 | $24.87 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD. | Administrative | | $0.00 | $72.24 | $72.24 |
| | Case Totals: | | | $0.00 | $909,561.87 | $909,561.87 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-46020
Case Name: PATTERSON CONSTUCTION COMPANY, INC.
Trustee Name: JOSEPH E. COHEN

Balance on hand                                         $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Trustee Expenses: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses       $_____

Remaining Balance                                            $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Illinois Department of Revenue | $ | $ | $ |

Total to be paid for prior chapter administrative expenses    $_____

Remaining Balance                                            $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | $ | $ | $ |
| 000012A | Internal Revenue Service Dept of the Treasury PO Box 7346 Philadelphia, PA 19101-7346 | $ | $ | $ |

Total to be paid to priority creditors          $_____

Remaining Balance          $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Commonwealth Edison Company Bankruptcy Department 3 Lincoln Center Oakbrook Terrace, IL 60181 | $ | $ | $ |
| 000003 | Expert Installation Inc. P.O. Box 398 Richmond, IL 60071-0398 | $ | $ | $ |
| 000004 | AJAX Waste Service P.O. BOX 3909 JOLIET, IL 60434-3909 | $ | $ | $ |
| 000005 | Faith Mechanical, Inc 1N301 Stargrass Lane Elburn, IL 60119-9486 | $ | $ | $ |
| 000006 | Fabricating & Welding 12246 South Halsted Street Chicago, IL 60628-6428 | $ | $ | $ |
| 000008 | Wendell Builders, Inc. 394 Lincoln Terrace Buffalo Grove, IL 60089 | $ | $ | $ |
| 000009 | SPEEDWAY LLC PO BOX 1590 SPRINGFIELD, OH 45501 | $ | $ | $ |
| 000010 | Hafer Acoustical Ceilings, Inc. 1514 Charnbrook Drive McHenry, IL 60051 | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance                                               $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE