UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:                                              §
                                                    §
PATTERSON CONSTUCTION                               §       Case No. 09-46020
COMPANY, INC.
                                                    §
            Debtor(s)                               §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 01/10/2014 in Courtroom ,
                North Branch Court
                1792 Nicole Lane
                Round Lake Beach, IL 60073
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____       By: _____
                                              Clerk, U.S. Bankruptcy Court


JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:                                §
                                      §
PATTERSON CONSTUCTION                 §    Case No. 09-46020
COMPANY, INC.
                                      §
_____Debtor(s)_____§

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 68,124.32 |
| and approved disbursements of | $ | 6,278.96 |
| leaving a balance on hand of[1] | $ | 61,845.36 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH E. COHEN | $ 6,656.22 | $ 0.00 | $ 6,656.22 |
| Trustee Expenses: JOSEPH E. COHEN | $ 406.36 | $ 0.00 | $ 406.36 |
| Attorney for Trustee Fees: COHEN & KROL | $ 21,911.25 | $ 0.00 | $ 21,911.25 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 72.24 | $ 72.24 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 28,973.83 |
| Remaining Balance | | $ | 32,871.53 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Illinois Department of Revenue | $ 96.28 | $ 0.00 | $ 96.28 |

Total to be paid for prior chapter administrative expenses   $           96.28

Remaining Balance                                            $       32,775.25

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 336.41 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | $ 311.54 | $ 0.00 | $ 311.54 |
| 000012A | Internal Revenue Service Dept of the Treasury PO Box 7346 Philadelphia, PA 19101-7346 | $ 24.87 | $ 0.00 | $ 24.87 |

Total to be paid to priority creditors   $          336.41

Remaining Balance                        $       32,438.84

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 68,630.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 47.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Commonwealth Edison Company<br>Bankruptcy Department<br>3 Lincoln Center<br>Oakbrook Terrace, IL 60181 | $ 526.55 | $ 0.00 | $ 248.88 |
| 000003 | Expert Installation Inc.<br>P.O. Box 398<br>Richmond, IL 60071-0398 | $ 215.75 | $ 0.00 | $ 101.98 |
| 000004 | AJAX Waste Service<br>P.O. BOX 3909<br>JOLIET, IL 60434-3909 | $ 280.00 | $ 0.00 | $ 132.34 |
| 000005 | Faith Mechanical, Inc<br>1N301 Stargrass Lane<br>Elburn, IL 60119-9486 | $ 14,870.00 | $ 0.00 | $ 7,028.42 |
| 000006 | Fabricating & Welding<br>12246 South Halsted Street<br>Chicago, IL 60628-6428 | $ 15,794.80 | $ 0.00 | $ 7,465.54 |
| 000008 | Wendell Builders, Inc.<br>394 Lincoln Terrace<br>Buffalo Grove, IL 60089 | $ 31,070.00 | $ 0.00 | $ 14,685.48 |
| 000009 | SPEEDWAY LLC<br>PO BOX 1590<br>SPRINGFIELD, OH 45501 | $ 1,923.61 | $ 0.00 | $ 909.21 |
| 000010 | Hafer Acoustical Ceilings, Inc.<br>1514 Charnbrook Drive<br>McHenry, IL 60051 | $ 3,950.00 | $ 0.00 | $ 1,866.99 |

Total to be paid to timely general unsecured creditors        $        32,438.84

Remaining Balance                                             $             0.00

   Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

   Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
                     TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                              Case No. 09-46020-ABG
Patterson Constuction Company, Inc.                                 Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: arodarte              Page 1 of 3              Date Rcvd: Dec 05, 2013
                              Form ID: pdf006             Total Noticed: 89


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2013.
db           #+Patterson Constuction Company, Inc.,   22292 Pepper Road,   Unit D,   Barrington, IL 60010-2544
14809313     #+ABD Tank & Pump Co.,   730 Industrial Drive,   Elmhurst, IL 60126-1526
14809315      AJAX Waste Service,   P.O. BOX 3909,   JOLIET, IL 60434-3909
14809314      Acino & Sons Secortatin, Inc,   432 Charles Drive,   Elk Grove Vill, IL 60007-3528
14809316     +American Express,   P.O. 650448,   Dallas, TX 75265-0448
14809317      Arco Electric Co.,   3333 E. 143rd St.,   Burnham, IL 60633-1628
14809319      Aron Shuessler,   1293 Royal Oak Lane,   Lake the Hills, IL 60156-5528
14809321      B& B Construction & Excavating,   1288 E Bungalow Road,   Morris, IL 60450-8949
14809322      Bank of America,   P.O. Box 60069,   City Of Industry, CA 91716
14896439     +Bank of America,   by merger to LaSalle Bank,   Scott E Jensen,   101 N Wacker Dr Suite 101,
                Chicago, IL 60606-1714
14809323     #+Becmar Springler Systems,   2620 Bridge Lane,   Woodstock, IL 60098-6922
14809324     +BrookWeiner, LLC,   125 South Wacker Drive,   Chicago, IL 60606-4497
14809325      Built Best Fence Company, Inc.,   615 W Factory Road,   Addison, IL 60101-4412
14809334     +CONVENIENT COFFEE SERVICE,   1411 E. NINE MILE ROAD,   FERNDALE, MI 48220-2026
14809326      Central Insurance Companies,   P.O. BOX 828,   VAN WERT, OH 45891-0828
14809328      Central States Auto Sprinklers,   13740 S. California Ave.,   Blue Island, IL 60406-2835
14809329     #Charles Gluth And Son Roofers,   2550 Colfax Street,   Gary, IN 46406-3032
14809330      Chicago Masonry Consrtuction,   841 N. Addison Avenue,   Elmhurst, IL 60126-1217
14809331      Chudo Construction, LLC,   427 Aristocrat Drive,   Bolingbrook, IL 60490-3190
14809332     +Columbian Agency,   1005 LARAWAY ROAD,   NEW LENOX, IL 60451-4102
14809335      Corporate Design,   2675 Pratum Avenue,   Hoffman Estates, IL 60192-3703
14809336     +Cowhey Gudmundosn Leder, Ltd,   300 Park Boulevard,   Itasca, IL 60143-2600
14809342     +DRW Servicne, INc.,   600 E. Joe Orr Road,   Chicago Hgts, IL 60411-8520
14809337      Dave Johnson & Associates, Ltd,   312 South Hale Street,   Wheaton, IL 60187-5220
14809338      Demarr Sealcoating, Inc.,   240 East Hellen Road,   Palatine, IL 60067-6955
14809339      Direct Canopy Resources, Inc.,   P. O. Box 159,   Waterloo, IN 46793-0159
14809340      Disposal Management Systms In,   420 Cutters Mill Lane,   Schaumburg, IL 60194-4531
14809343     +Dykstra Concrete Construction Co,   13768 Kildare Avenue,   Crestwood, IL 60445-2397
14809344     +Elliot Construction Corp,   8605 Fairway Place, Suite 101,   Middleton, WI 53562-2575
14809345     +Environment, Inc.,   1752 W. Armitage Court,   Addison, IL 60101-4207
14809346      Everest Excavating, Inc.,   66 East End Drive,   Gilberts, IL 60136-9731
14809347      Expert Installation Inc.,   P.O. Box 398,   Richmond, IL 60071-0398
14809348     +Fabricating & Welding,   12246 South Halsted Street,   Chicago, IL 60628-6400
14809349      Faith Mechanical, Inc,   1N301 Stargrass Lane,   Elburn, IL 60119-9486
14809351      H & H Tank Installers, Inc.,   824 Marquette Drive North,   Tinley Park, IL 60477
14809352     +Hafer Acoustical Ceilings, Inc.,   1514 Charnbrook Drive,   McHenry, IL 60051-9634
14809353     +Hartwig Plumbing & Heating,   20800 E. Brink Street,   Harvard, IL 60033-8339
14809354     +Hinkley Spring Water Company,   P.O. Box 660579,   Dallas, TX 75266-0579
14809355      Humana Insurance Company,   P. O. Box 0884,   Carol Stream, IL 60188
14809356      Hunter Benefits,   CONSULTING GROUP, INC.,   Palatine, IL 60074
14809357     +IDM Group,   200 N Michigan Avenue, 2nd Floor,   Chicago, IL 60601-5909
14809359     ++ILLINOIS DEPARTMENT OF REVENUE,   BANKRUPTCY DEPARTMENT,   P O BOX 64338,   CHICAGO IL 60664-0338
                (address filed with court: Illinois Department of Revenue,   Bankruptcy Section Level 7-425,
                100 W. Randolph Street,   Chicago, IL 60602)
14809358     +Illini Consulting Group, Inc.,   2675 Pratum Avenue,   Hoffman Estates, IL 60192-3703
14943348      +Illinois Department of Employment Security,   33 South State Street,
                Chicago, Illinois 60603-2808,   Attn: Bankruptcy Unit - 10th flr.
18675957      Illinois Department of Revenue,   Bankruptcy Section,   PO Box 64338,   Chicago, IL 60664-0338
14809360     +Illinois Dept Employment Security,   Chicago Region - Revenue,   527 S. Wells Street, Suite 100,
                Chicago, IL 60607-3962
14809366     +JJ Stucco & Plastering System,   1096 Barlina Road,   Crystal Lake, IL 60014-8323
14809365     +Jim Russell,   1232 SANDHURST,   BUFFALO GROVE, IL 60089-6816
14809368     +LSI Industries, Inc.,   1042 SOLUTION CTR,   CHICAGO, IL 60677-1000
14809367      Lee Plbg Mechanical Contrs Inc.,   2916 60th Street,   Kenosha, WI 54130
14809372      MET LIFE SBC,   Metlife Small Business Center,   Kansas City, MO 64101
14809369     +McGee Corporation,   P. O. BOX 1375,   MATTHEWS, NC 28106-1375
14809371     +Mercury Construction Ltd,   P.O. Box 18,   Warrenville, IL 60555-0018
14809373      Mid-States Concrete Industries,   500 South Park Avenue,   South Beloit, Il 61080-2099
14809374     +Mike Walsh Tile,   554 Anderson Drive,   Romeoville, IL 60446-1697
14809376     +National Construction Rentals, Inc.,   P.O. Box 4503,   Pacoima, CA 91333-4503
14809378     +Peterson Glass Company,   5535 Milwaukee Avenue,   Chicago, IL 60630-1226
14809380     +Premier Petroleum Equipment Service,   2550 Delta Lane,   Elk Grove Vill, IL 60007-6305
18572038     +SPEEDWAY LLC,   PO BOX 1590,   SPRINGFIELD, OH 45501-1590
14809381      Secretary of State,   JESSE WHITE - LICENSE RENEWAL,   Springfield, IL 62701
14809382     +Soil and Material Consultants,   8 W. College Dr.,   Arlington Heights, IL 60004-1962
14809383      Speedway SuperAmerica, LLC,   P. O. Box 740587,   Cincinnati, OH 45202
14809385     +Stand Guard, Inc.,   6110 LOU STREET,   Crystal Lake, IL 60014-7917
14809386     +Steve Howett,   335 N. MacArthur,   Palatine, IL 60074-3888
14809387      Steven Reed DBA,   Growing Creations,   JOLIET, IL 60403
14809388     +T & Zee Mechanical,   860 Summit Street,   Elgin, IL 60120-5145
14809389     +Thomas Bonanno,   2330 W. St. Paul Ave,   Chicago, IL 60647-5384
14809390     +Total Mechanical,   W234 N2830 Paul Road,   Pewaukee, WI 53072-5731
14809391      UNITED HEALTHCARE,   Dept. CH 10151,   Palatine, IL 60074
```

```
District/off: 0752-1           User: arodarte            Page 2 of 3            Date Rcvd: Dec 05, 2013
                               Form ID: pdf006           Total Noticed: 89


14809394     +UPS Corporate Headquarters,   55 Glenlake Parkway, NE,   Atlanta, GA 30328-3474
14809392      United Parcel Service,    LOCKBOX 577,   CAROL STREAM, IL 60188
14809393     +United Rentals Hway Tech./WLI,    33946 Treasury Center,    Chicago, IL 60694-3900
14809395     +VEOLIA Environmental Services,    P.O. Box 6484,   Carol Stream, IL 60197-6484
14809396     +Veolia Environmental Services,    701 Green Bay Road,    Zion, IL 60099-9564
14809397     +W-T Land Surveying, INc.,    2675 Pratum Avenue,   Hoffman Estates, IL 60192-3703
14809401     +WT Civil Engineering,    2675 Pratum Avenue,   Hoffman Estates, IL 60192-3703
14809398     +Waste Management North,    P.O. Box 4648,   Carol Stream, IL 60197-4648
14809399     +Wendell Builders, Inc.,    394 Lincoln Terrace,   Buffalo Grove, IL 60089-2041
14809400     +WilKor Construction Inc.,    700 Willow Lane,   West Dundee, IL 60118-2130
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14809312      E-mail/Text: g17768@att.com Dec 06 2013 00:15:51      A T & T,    P.O. Box 8100,
               Aurora, IL 60507-8100
14809320      E-mail/Text: g17768@att.com Dec 06 2013 00:15:51      AT & T,    P.O. Box 8100,
               Aurora, IL 60507-8100
14809333      E-mail/Text: legalcollections@comed.com Dec 06 2013 00:17:39      Com Ed,    Bill Payment Center,
               Chicago, IL 60668-0001
15254086     +E-mail/Text: legalcollections@comed.com Dec 06 2013 00:17:39      Commonwealth Edison Company,
               Bankruptcy Department,    3 Lincoln Center,   Oakbrook Terrace, IL 60181-4204
14809350      E-mail/Text: ally@ebn.phinsolutions.com Dec 06 2013 00:15:48      GMAC,    P.O. Box 217060,
               Auburn Hills, MI 48321
14809363      E-mail/Text: cio.bncmail@irs.gov Dec 06 2013 00:16:04     Internal Revenue Service,
               Mail Stop 5010 CHI,    230 S. Dearborn Street,   Chicago, IL 60604
14809362     +E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Dec 06 2013 00:30:15
               Indiana Department of Revenue,    100 N. Senate Avenue,    Indianapolis, IN 46204-2253
14809364      E-mail/Text: cio.bncmail@irs.gov Dec 06 2013 00:16:04     Internal Revenue Service,
               Dept of the Treasury,   PO Box 7346,    Philadelphia, PA 19101-7346
14809377     +E-mail/Text: bankrup@aglresources.com Dec 06 2013 00:15:38      Nicor,    PO Box 310,
               Aurora, IL 60507-0310
14809384      E-mail/Text: appebnmailbox@sprint.com Dec 06 2013 00:16:36      Sprint,    P. O. BOX 4181,
               CAROL STREAM, IL 60188
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14896442      Dolly Syrek
14896440      Michael F Maude Jr
14896444      Michael Maude Jr
14896441*    +Indiana Dept of Revenue,    100 N Senate Avenue,   Indianapolis, IN 46204-2253
14896443*    +Jim Russell,   1232 SandHurst,    Buffalo Grove, Il 60089-6816
14809318     ##Arete' 3,    18645 S. WEST CREEK DRIVE,    TINLEY PARK, IL 60477-6247
14809327     ##Central Repair, Inc.,    P.O. Box 275,   Bristol, WI 53104-0275
14809341     ##Driven Fence Inc.,    P.O. Box 2975,   Northlake, IL 60164-7975
14809361    ##+Imagine Tile, Inc.,    100 Delawanna Avenue,   Clifton, NJ 07014-1553
14809370    ##+Member Mechanical,    1310 N. Cicero Avenue,   Chicago, IL 60651-1615
14809375    ##+National Const. Rentals, Inc.,    1894 Plain Avenue,    Aurora, IL 60502-8560
14809379    ##+Petro Paving, Inc.,    3810 Industrial,   Rolling Meadows, IL 60008-1034
                                                                                    TOTALS: 3, * 2, ## 7
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2013                           Signature:   /s/Joseph Speetjens

```
District/off: 0752-1          User: arodarte              Page 3 of 3                   Date Rcvd: Dec 05, 2013
                              Form ID: pdf006             Total Noticed: 89
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2013 at the address(es) listed below:

```
          Bruce E de'Medici    on behalf of Defendant    American Express Company bdemedici@gmail.com
          David  Brown, ESQ    on behalf of Debtor    Patterson Constuction Company, Inc.
           dbrown@springerbrown.com,   marigonzo@springerbrown.com;jill@springerbrown.com
          David S. Makarski    on behalf of Interested Party    Tempus Properties LLC #5
           david.makarski@sfnr.com,   Craig.Coleman@sfnr.com;George.Sang@sfnr.com;Seth.Matus@sfnr.com
          E. Philip  Groben    on behalf of Plaintiff Joseph E. Cohen pgroben@cohenandkrol.com,
           trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
          E. Philip  Groben    on behalf of Trustee Joseph E Cohen pgroben@cohenandkrol.com,
           trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
          Elizabeth E Greene    on behalf of Plaintiff Joseph E. Cohen egreene@cohonraizes.com
          Gabriel  Reilly-Bates    on behalf of Creditor    Barbara Wolff, not individually, but as Trustee
           of the David L. Wolff Revocable Trust dated March 23, 1990 gbates@shefskylaw.com,
           sfdocket@shefskylaw.com
          Gina B Krol, ESQ    on behalf of Trustee Joseph E Cohen gkrol@cohenandkrol.com,
           jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
          Gini S. Marziani    on behalf of Defendant    DRW Services, Inc. gsmarziani@davismcgrath.com,
           mjoseph@davismcgrath.com,lmiller@davismcgrath.com
          Gini S. Marziani    on behalf of Creditor    DRW Services, Inc. gsmarziani@davismcgrath.com,
           mjoseph@davismcgrath.com,lmiller@davismcgrath.com
          James M Philbrick    on behalf of Creditor    GMAC jmphilbrick@att.net
          John E Gierum    on behalf of Defendant    B&B Construction & Excavating jgierum@7trustee.net,
           karen@gierummantas.com
          John K Kallman    on behalf of Creditor    Marathon Petroleum Company LLC jkkallman@sbcglobal.net
          John P Carlin    on behalf of Defendant    Corporate Design + Development Group, LLC
           jcarlin@changandcarlin.com,   changcarlin@iamthewolf.com
          Jordon S. Steinway    on behalf of Interested Party    2401 Willow Real Estate, LLC jss@willmont.com
          Joseph E Cohen    on behalf of Attorney    Cohen & Krol jcohen@cohenandkrol.com,
           jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com
          Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
           jcohenattorney@gmail.com;gkrol@cohenandkrol.com
          Joseph E Cohen    jcohen@cohenandkrol.com,   jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com
          Michael L Cummings    on behalf of Defendant    Chudo Construction, LLC michael@esb-law.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Ryan T Schultz    on behalf of Defendant    US Bancorp rschultz@fslc.com,   bkdocket@fslc.com
          Scott E Jensen    on behalf of Creditor    Bank Of America N.A. sjensen@mjwchicago.com
          Steven J Roeder    on behalf of Interested Party    2401 Willow Real Estate, LLC jss@willmont.com,
           denise@willmont.com
                                                                                             TOTAL: 23
```