# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                           §
                                                 §
PATTERSON CONSTUCTION                            §        Case No. 09-46020
COMPANY, INC.                                    §
                                                 §
_____Debtor(s)                         §_____

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
## ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                  . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/JOSEPH E. COHEN _____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America 135 S. LaSalle Street Suite 1025 Chicago, IL 60603 | | | | | |
| | Bank of America 135 S. LaSalle Street Suite 1025 Chicago, IL 60603 | | | | | |
| | GMAC P.O. Box 217060 Auburn Hills, MI 48321 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| COHON RAIZES & REGAL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dolly Syrek | | | | | |
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60602 | | | | | |
| | Illinois Dept Employment Security Chicago Region - Revenue 527 S. Wells Street, Suite 100 Chicago, IL 60607 | | | | | |
| | Indiana Department of Revenue 100 N. Senate Avenue Indianapolis, IN 46204 | | | | | |
| | Internal Revenue Service ATTN: Centralized Insolvency PO Box 21126 Philadelphia, PA 19114 | | | | | |
| | Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Street Chicago, IL 60604 | | | | | |
| | Jim Russell 1232 SANDHURST BUFFALO GROVE, IL 60089 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Michael Maude, Jr. | | | | | |
| | Steve Howett 335 N. MacArthur Palatine, IL 60074 | | | | | |
| | Thomas Bonanno 2330 W. St. Paul Ave Chicago, IL 60630 | | | | | |
| 000001 | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000012A | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A T & T P.O. Box 8100 Aurora, IL 60507-8100 | | | | | |
| | ABD Tank & Pump Co. 730 Industrial Drive Elmhurst, IL 60126 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AJAX Waste Service P.O. BOX 3909 JOLIET, IL 60434-3909 | | | | | |
| | AT & T P.O. Box 8100 Aurora, IL 60507-8100 | | | | | |
| | Acino & Sons Secortatin, Inc 432 Charles Drive Elk Grove Vill, IL 60007-3528 | | | | | |
| | American Express P.O. 650448 Dallas, TX 75265 | | | | | |
| | Arco Electric Co. 3333 E. 143rd St. Burnham, IL 60633-1628 | | | | | |
| | Arete' 3 18645 S. WEST CREEK DRIVE TINLEY PARK, IL 60477-6247 | | | | | |
| | Aron Shuessler 1293 Royal Oak Lane Lake the Hills, IL 60156-5528 | | | | | |
| | B& B Construction & Excavating 1288 E Bungalow Road Morris, IL 60450-8949 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Becmar Springler Systems 2620 Bridge Lane Woodstock, IL 60098 | | | | | |
| | BrookWeiner, LLC 125 South Wacker Drive Chicago, IL 60606-4424 | | | | | |
| | Built Best Fence Company, Inc. 615 W Factory Road Addison, IL 60101-4412 | | | | | |
| | CONVENIENT COFFEE SERVICE 1411 E. NINE MILE ROAD FERNDALE, MI 48220 | | | | | |
| | Central Insurance Companies P.O. BOX 828 VAN WERT, OH 45891-0828 | | | | | |
| | Central Repair, Inc. P.O. Box 275 Bristol, WI 53104-0275 | | | | | |
| | Central States Auto Sprinklers 13740 S. California Ave. Blue Island, IL 60406-2835 | | | | | |
| | Charles Gluth And Son Roofers 2550 Colfax Street Gary, IN 46406-3032 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chicago Masonry Consrtuction 841 N. Addison Avenue Elmhurst, IL 60126-1217 | | | | | |
| | Chudo Construction, LLC 427 Aristocrat Drive Bolingbrook, IL 60490-3190 | | | | | |
| | Columbian Agency 1005 LARAWAY ROAD NEW LENOX, IL 60451 | | | | | |
| | Com Ed Bill Payment Center Chicago, IL 60668-0001 | | | | | |
| | Corporate Design 2675 Pratum Avenue Hoffman Estates, IL 60192-3703 | | | | | |
| | Cowhey Gudmundosn Leder, Ltd 300 Park Boulevard Itasca, IL 60143-1294 | | | | | |
| | DRW Servicne, INc. 600 E. Joe Orr Road Chicago Hgts, IL 60411 | | | | | |
| | Dave Johnson & Associates, Ltd 312 South Hale Street Wheaton, IL 60187-5220 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Demarr Sealcoating, Inc. 240 East Hellen Road Palatine, IL 60067-6955 | | | | | |
| | Direct Canopy Resources, Inc. P. O. Box 159 Waterloo, IN 46793-0159 | | | | | |
| | Disposal Management Systms In 420 Cutters Mill Lane Schaumburg, IL 60194-4531 | | | | | |
| | Driven Fence Inc. P.O. Box 2975 Northlake, IL 60164-7975 | | | | | |
| | Dykstra Concrete Construction Co 13768 Kildare Avenue Crestwood, IL 60445-2328 | | | | | |
| | Elliot Construction Corp 8605 Fairway Place, Suite 101 Middleton, WI 53562 | | | | | |
| | Environment, Inc. 1752 W. Armitage Court Addison, IL 60101 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Everest Excavating, Inc. 66 East End Drive Gilberts, IL 60136-9731 | | | | | |
| | Expert Installation Inc. P.O. Box 398 Richmond, IL 60071-0398 | | | | | |
| | Fabricating & Welding 12246 South Halsted Street Chicago, IL 60628-6428 | | | | | |
| | Faith Mechanical, Inc 1N301 Stargrass Lane Elburn, IL 60119-9486 | | | | | |
| | H & H Tank Installers, Inc. 824 Marquette Drive North Tinley Park, IL 60477 | | | | | |
| | Hafer Acoustical Ceilings, Inc. 1514 Charnbrook Drive McHenry, IL 60051 | | | | | |
| | Hartwig Plumbing & Heating 20800 E. Brink Street Harvard, IL 60033 | | | | | |
| | Hinkley Spring Water Company P.O. Box 660579 Dallas, TX 75201 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Humana Insurance Company P. O. Box 0884 Carol Stream, IL 60188 | | | | | |
| | Hunter Benefits CONSULTING GROUP, INC. Palatine, IL 60074 | | | | | |
| | IDM Group 200 N Michigan Avenue, 2nd Floor Chicago, IL 60601 | | | | | |
| | Illini Consulting Group, Inc. 2675 Pratum Avenue Hoffman Estates, IL 60195 | | | | | |
| | Imagine Tile, Inc. 100 Delawanna Avenue Clifton, NJ 07011 | | | | | |
| | JJ Stucco & Plastering System 1096 Barlina Road Crystal Lake, IL 60012 | | | | | |
| | LSI Industries, Inc. 1042 SOLUTION CTR CHICAGO, IL 60677 | | | | | |
| | Lee Plbg Mechanical Contrs Inc. 2916 60th Street Kenosha, WI 54130 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MET LIFE SBC Metlife Small Business Center Kansas City, MO 64101 | | | | | |
| | McGee Corporation P. O. BOX 1375 MATTHEWS, NC 28104 | | | | | |
| | Member Mechanical 1310 N. Cicero Avenue Chicago, IL 60651 | | | | | |
| | Mercury Construction Ltd P.O. Box 18 Warrenville, IL 60517 | | | | | |
| | Mid-States Concrete Industries 500 South Park Avenue South Beloit, Il 61080-2099 | | | | | |
| | Mike Walsh Tile 554 Anderson Drive Romeoville, IL 60446 | | | | | |
| | National Const. Rentals, Inc. 1894 Plain Avenue Aurora, IL 60507 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | National Construction Rentals, Inc. P.O. Box 4503 Pacoima, CA 91331 | | | | | |
| | Nicor PO Box 310 Aurora, IL 60507 | | | | | |
| | Peterson Glass Company 5535 Milwaukee Avenue Chicago, IL 60630 | | | | | |
| | Petro Paving, Inc. 3810 Industrial Rolling Meadows, IL 60008 | | | | | |
| | Premier Petroleum Equipment Service 2550 Delta Lane Elk Grove Vill, IL 60007 | | | | | |
| | Secretary of State JESSE WHITE - LICENSE RENEWAL Springfield, IL 62701 | | | | | |
| | Soil and Material Consultants 8 W. College Dr. Arlington Heights, IL 60004 | | | | | |
| | Speedway SuperAmerica, LLC P. O. Box 740587 Cincinnati, OH 45202 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sprint P. O. BOX 4181 CAROL STREAM, IL 60188 | | | | | |
| | Stand Guard, Inc. 6110 LOU STREET Crystal Lake, IL 60012 | | | | | |
| | Steven Reed DBA Growing Creations JOLIET, IL 60403 | | | | | |
| | T & Zee Mechanical 860 Summit Street Elgin, IL 60120 | | | | | |
| | Total Mechanical W234 N2830 Paul Road Pewaukee, WI 53072 | | | | | |
| | UNITED HEALTHCARE Dept. CH 10151 Palatine, IL 60074 | | | | | |
| | UPS Corporate Headquarters 55 Glenlake Parkway, NE Atlanta, GA 30328 | | | | | |
| | United Parcel Service LOCKBOX 577 CAROL STREAM, IL 60188 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | United Rentals Hway Tech./WLI 33946 Treasury Center Chicago, IL 60694 | | | | | |
| | VEOLIA Environmental Services P.O. Box 6484 Carol Stream, IL 60197 | | | | | |
| | Veolia Envrionmental Services 701 Green Bay Road Zion, IL 60099 | | | | | |
| | W-T Land Surveying, INc. 2675 Pratum Avenue Hoffman Estates, IL 60195 | | | | | |
| | WT Civil Engineering 2675 Pratum Avenue Hoffman Estates, IL 60195 | | | | | |
| | Waste Management North P.O. Box 4648 Carol Stream, IL 60197 | | | | | |
| | Wendell Builders, Inc. 394 Lincoln Terrace Buffalo Grove, IL 60089 | | | | | |
| | WilKor Construction Inc. 700 Willow Lane West Dundee, IL 60118 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | AJAX WASTE SERVICE | | | | | |
| 000007A | BANK OF AMERICA | | | | | |
| 000002 | COMMONWEALTH EDISON COMPANY | | | | | |
| 000003 | EXPERT INSTALLATION INC. | | | | | |
| 000006 | FABRICATING & WELDING | | | | | |
| 000005 | FAITH MECHANICAL, INC | | | | | |
| 000010 | HAFER ACOUSTICAL CEILINGS, INC. | | | | | |
| 000009 | SPEEDWAY LLC | | | | | |
| 000008 | WENDELL BUILDERS, INC. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   1

Exhibit 8

| Case No: | 09-46020 | ABG | Judge: A. BENJAMIN GOLDGAR |
|---|---|---|---|
| Case Name: | PATTERSON CONSTUCTION COMPANY, INC. | | |

For Period Ending: 04/05/14

| Trustee Name: | JOSEPH E. COHEN |
|---|---|
| Date Filed (f) or Converted (c): | 12/04/09 (f) |
| 341(a) Meeting Date: | 12/28/09 |
| Claims Bar Date: | 04/16/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. business checking account xxxx5348 at Bank of Amer | 4,924.22 | 0.00 | | 4,900.00 | FA |
| 2. Key man life insurance on Michael Maude, Jr. Term | 0.00 | 0.00 | | 0.00 | FA |
| 3. Gross Receivables are $1,083,957.16 (see attachmen | 60,000.00 | 0.00 | | 3,999.62 | FA |
| 4. Due from shareholder Michael F. Maude, Jr. | 91,173.00 | 0.00 | | 0.00 | FA |
| 5. 1994 Jeep Grand Gherokee | 650.00 | 0.00 | | 0.00 | FA |
| 6. 1991 FORD PICKUP | 500.00 | 0.00 | | 0.00 | FA |
| 7. 1994 FORD EXPLORER | 625.00 | 0.00 | | 0.00 | FA |
| 8. 1995 JEEP | 850.00 | 0.00 | | 0.00 | FA |
| 9. 1997 DODGE RAM CHICAGO | 1,225.00 | 0.00 | | 0.00 | FA |
| 10. 1997 JEEP GRAND CHEROKEE | 2,075.00 | 0.00 | | 0.00 | FA |
| 11. 2004 CHRYSLER PT CRUISER | 2,950.00 | 0.00 | | 0.00 | FA |
| 12. 2007 GMC YUKON XL | 22,775.00 | 0.00 | | 0.00 | FA |
| 13. 1 TOSHIBA T19608 | 0.00 | 0.00 | | 0.00 | FA |
| 14. 100LX PALMTOP 1MBRAM | 0.00 | 0.00 | | 0.00 | FA |
| 15. 11VGA ZCM1492 MNTR | 0.00 | 0.00 | | 0.00 | FA |
| 16. 16 MB RAM 386DX COMP | 0.00 | 0.00 | | 0.00 | FA |
| 17. 2 COMPUTERS | 0.00 | 0.00 | | 0.00 | FA |
| 18. 2 COMPUTERS & SURGRS | 0.00 | 0.00 | | 0.00 | FA |
| 19. 2 DELL33S & 2 HP4LS | 0.00 | 0.00 | | 0.00 | FA |
| 20. 2 LAPTOP UPGRADES | 0.00 | 0.00 | | 0.00 | FA |
| 21. 2 MOBILE PHONES | 0.00 | 0.00 | | 0.00 | FA |
| 22. 2 MOMORY / 3FAX MOD | 0.00 | 0.00 | | 0.00 | FA |
| 23. 2 PHONES | 0.00 | 0.00 | | 0.00 | FA |
| 24. 2 SONY CAMERA | 0.00 | 0.00 | | 0.00 | FA |
| 25. 2 TOSHIBA LAPTOPPS | 0.00 | 0.00 | | 0.00 | FA |
| 26. 2 ZETA FAXES, WINVIE | 0.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 17.05c

**FORM 2**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 09-46020 | ABG | Judge: A. BENJAMIN GOLDGAR |
|---|---|---|---|
| Case Name: | PATTERSON CONSTUCTION COMPANY, INC. | | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Date Filed (f) or Converted (c): | 12/04/09 (f) |
| 341(a) Meeting Date: | 12/28/09 |
| Claims Bar Date: | 04/16/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. 22&quot; MONITOR | 0.00 | 0.00 | | 0.00 | FA |
| 28. 3 MEGA ENTERNET CARD | 0.00 | 0.00 | | 0.00 | FA |
| 29. 3 NITTY ZOOM 230 KITTS | 0.00 | 0.00 | | 0.00 | FA |
| 30. 4 ANTI VIRUS 3QUATUM | 0.00 | 0.00 | | 0.00 | FA |
| 31. 486SX LJ4SVGA OSCAR W. LARSON | 0.00 | 0.00 | | 0.00 | FA |
| 32. 5 ETHERNAL | 0.00 | 0.00 | | 0.00 | FA |
| 33. 5 MONITORS | 0.00 | 0.00 | | 0.00 | FA |
| 34. 540 MB SCSI COMPUTER | 0.00 | 0.00 | | 0.00 | FA |
| 35. 6 FIELD CAMERAS | 0.00 | 0.00 | | 0.00 | FA |
| 36. 7 17' MONITORS | 0.00 | 0.00 | | 0.00 | FA |
| 37. 7 LAPTOP COMPUTERS | 0.00 | 0.00 | | 0.00 | FA |
| 38. 9 OFFICE CHAIRS | 0.00 | 0.00 | | 0.00 | FA |
| 39. ACCESS | 0.00 | 0.00 | | 0.00 | FA |
| 40. AST 66 PREMIA & VGA | 0.00 | 0.00 | | 0.00 | FA |
| 41. BAECKER | 0.00 | 0.00 | | 0.00 | FA |
| 42. BATTERIES | 0.00 | 0.00 | | 0.00 | FA |
| 43. BELL RADAR | 0.00 | 0.00 | | 0.00 | FA |
| 44. CAMERA FEILD PERSON | 0.00 | 0.00 | | 0.00 | FA |
| 45. CAMERAS | 0.00 | 0.00 | | 0.00 | FA |
| 46. CANNON CONTROL CARD | 0.00 | 0.00 | | 0.00 | FA |
| 47. CANNON COPIER | 0.00 | 0.00 | | 0.00 | FA |
| 48. CANON DIGITAL CAMERA | 0.00 | 0.00 | | 0.00 | FA |
| 49. CANON PRINTER | 0.00 | 0.00 | | 0.00 | FA |
| 50. CANON PRINTER | 0.00 | 0.00 | | 0.00 | FA |
| 51. CAR PHONE - SR. | 0.00 | 0.00 | | 0.00 | FA |
| 52. CAR RADIOS | 0.00 | 0.00 | | 0.00 | FA |

FORM

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:  3

**Exhibit 8**

| Case No: | 09-46020   ABG   Judge: A. BENJAMIN GOLDGAR | | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | PATTERSON CONSTUCTION COMPANY, INC. | | | Date Filed (f) or Converted (c): | 12/04/09 (f) |
| | | | | 341(a) Meeting Date: | 12/28/09 |
| | | | | Claims Bar Date: | 04/16/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 53. CARPETING | 0.00 | 0.00 | | 0.00 | FA |
| 54. CHAIRMAT | 0.00 | 0.00 | | 0.00 | FA |
| 55. CHAIRS | 0.00 | 0.00 | | 0.00 | FA |
| 56. CHAIRS | 0.00 | 0.00 | | 0.00 | FA |
| 57. CMP PROTECT DEVICES | 0.00 | 0.00 | | 0.00 | FA |
| 58. COFFEE MAKER | 0.00 | 0.00 | | 0.00 | FA |
| 59. COMP USA | 0.00 | 0.00 | | 0.00 | FA |
| 60. COMPANY | 0.00 | 0.00 | | 0.00 | FA |
| 61. COMPUTER | 0.00 | 0.00 | | 0.00 | FA |
| 62. COMPUTER | 0.00 | 0.00 | | 0.00 | FA |
| 63. COMPUTER & MONITORS | 0.00 | 0.00 | | 0.00 | FA |
| 64. COMPUTER AND MONITOR | 0.00 | 0.00 | | 0.00 | FA |
| 65. COMPUTER EQUIP | 0.00 | 0.00 | | 0.00 | FA |
| 66. COMPUTER EQUIP/XIRCOM | 0.00 | 0.00 | | 0.00 | FA |
| 67. COMPUTER EQUIPMENT | 0.00 | 0.00 | | 0.00 | FA |
| 68. COMPUTER EQUIPMENT | 0.00 | 0.00 | | 0.00 | FA |
| 69. COMPUTER EQUIPMENT | 0.00 | 0.00 | | 0.00 | FA |
| 70. COMPUTER EQUIPMENT | 0.00 | 0.00 | | 0.00 | FA |
| 71. COMPUTER EQUIPMENT | 0.00 | 0.00 | | 0.00 | FA |
| 72. COMPUTER HARDWARE | 0.00 | 0.00 | | 0.00 | FA |
| 73. COMPUTER NETWORK EQUIP | 0.00 | 0.00 | | 0.00 | FA |
| 74. COMPUTER NETWORK EQUIP | 0.00 | 0.00 | | 0.00 | FA |
| 75. COMPUTER- PATTIE | 0.00 | 0.00 | | 0.00 | FA |
| 76. COMPUTER PRINTER | 0.00 | 0.00 | | 0.00 | FA |
| 77. COMPUTER SOFTWARE | 0.00 | 0.00 | | 0.00 | FA |
| 78. COMPUTER SOFTWARE | 0.00 | 0.00 | | 0.00 | FA |

FORM

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    4

Exhibit 8

| | | | | | |
|---|---|---|---|---|---|
Case No:    09-46020    ABG   Judge: A. BENJAMIN GOLDGAR

Case Name:    PATTERSON CONSTUCTION COMPANY, INC.

Trustee Name:    JOSEPH E. COHEN

Date Filed (f) or Converted (c):    12/04/09 (f)

341(a) Meeting Date:    12/28/09

Claims Bar Date:    04/16/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 79. COMPUTER SYS SOLUTIONS | 0.00 | 0.00 | | 0.00 | FA |
| 80. COMPUTER WIRING | 0.00 | 0.00 | | 0.00 | FA |
| 81. COMPUTERS | 0.00 | 0.00 | | 0.00 | FA |
| 82. COMPUTERS | 0.00 | 0.00 | | 0.00 | FA |
| 83. COMPUTERS | 0.00 | 0.00 | | 0.00 | FA |
| 84. COMPUTERS | 0.00 | 0.00 | | 0.00 | FA |
| 85. CONTRS FENCE SERV | 0.00 | 0.00 | | 0.00 | FA |
| 86. COUNTER TOPS | 0.00 | 0.00 | | 0.00 | FA |
| 87. CUBICAL PANELS | 0.00 | 0.00 | | 0.00 | FA |
| 88. CUSTOM REPORTS | 0.00 | 0.00 | | 0.00 | FA |
| 89. CUSTOM SOFTWARE | 0.00 | 0.00 | | 0.00 | FA |
| 90. DELL COMPUTER | 0.00 | 0.00 | | 0.00 | FA |
| 91. DELL COMPUTER | 0.00 | 0.00 | | 0.00 | FA |
| 92. DELL EXTENDED WARRANTY | 0.00 | 0.00 | | 0.00 | FA |
| 93. DESK & CHAIRS | 0.00 | 0.00 | | 0.00 | FA |
| 94. DESK JET PRINTER | 0.00 | 0.00 | | 0.00 | FA |
| 95. DESKS | 0.00 | 0.00 | | 0.00 | FA |
| 96. DIGITAL CAMERA | 0.00 | 0.00 | | 0.00 | FA |
| 97. DUMPSTER | 0.00 | 0.00 | | 0.00 | FA |
| 98. ELECTRIC & CONST. | 0.00 | 0.00 | | 0.00 | FA |
| 99. ENTERNET ADAPTER | 0.00 | 0.00 | | 0.00 | FA |
| 100. FAX MACHINE | 0.00 | 0.00 | | 0.00 | FA |
| 101. FAX MACHINE | 0.00 | 0.00 | | 0.00 | FA |
| 102. FAX MACHINE | 0.00 | 0.00 | | 0.00 | FA |
| 103. FENCING | 0.00 | 0.00 | | 0.00 | FA |
| 104. FENCING | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   5

**Exhibit 8**

| Case No: | 09-46020   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | PATTERSON CONSTUCTION COMPANY, INC. | Date Filed (f) or Converted (c): | 12/04/09 (f) |
| | | 341(a) Meeting Date: | 12/28/09 |
| | | Claims Bar Date: | 04/16/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 105. FENCING | 0.00 | 0.00 | | 0.00 | FA |
| 106. FIBER REEL TAPE ENG | 0.00 | 0.00 | | 0.00 | FA |
| 107. FILE CABINET | 0.00 | 0.00 | | 0.00 | FA |
| 108. FILE CABINETS | 0.00 | 0.00 | | 0.00 | FA |
| 109. FIRE EXTINGUISHER | 0.00 | 0.00 | | 0.00 | FA |
| 110. FIREBOX | 0.00 | 0.00 | | 0.00 | FA |
| 111. FRONT DOOR MAT | 0.00 | 0.00 | | 0.00 | FA |
| 112. GUARDTECH | 0.00 | 0.00 | | 0.00 | FA |
| 113. HARD DISK, RAM, PORT | 0.00 | 0.00 | | 0.00 | FA |
| 114. HP DESKTOP COMPUTER | 0.00 | 0.00 | | 0.00 | FA |
| 115. HP LASER PRINTERS | 0.00 | 0.00 | | 0.00 | FA |
| 116. HP LASERJET 4'S | 0.00 | 0.00 | | 0.00 | FA |
| 117. HP LASERJET, 4PRINTER | 0.00 | 0.00 | | 0.00 | FA |
| 118. HPC LASER JET PRINTER | 0.00 | 0.00 | | 0.00 | FA |
| 119. IBM COMPUTER LAPTOP | 0.00 | 0.00 | | 0.00 | FA |
| 120. LAPTOP COMPUTERS | 0.00 | 0.00 | | 0.00 | FA |
| 121. LAPTOP COMPUTERS | 0.00 | 0.00 | | 0.00 | FA |
| 122. LASER DETROIT | 0.00 | 0.00 | | 0.00 | FA |
| 123. LASER LEVEL/TRIPOD | 0.00 | 0.00 | | 0.00 | FA |
| 124. LASERPLANE/ LASERSOUR | 0.00 | 0.00 | | 0.00 | FA |
| 125. MED CON SUPT | 0.00 | 0.00 | | 0.00 | FA |
| 126. MEI COMPUTER EQUIP | 0.00 | 0.00 | | 0.00 | FA |
| 127. MEMORY UPGRADE CHIPS | 0.00 | 0.00 | | 0.00 | FA |
| 128. MERLIN 3070 CNTRL UN | 0.00 | 0.00 | | 0.00 | FA |
| 129. MERLIN PLUS R-1 | 0.00 | 0.00 | | 0.00 | FA |
| 130. MI LASER LEVEL & TRANS | 0.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 17.05c

**UST Form 101-7-TDR (5/1/2011)** *(Page: 24)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 09-46020 | ABG | Judge: A. BENJAMIN GOLDGAR |
|---|---|---|---|
| Case Name: | PATTERSON CONSTUCTION COMPANY, INC. | | |

| Trustee Name: | JOSEPH E. COHEN |
|---|---|
| Date Filed (f) or Converted (c): | 12/04/09 (f) |
| 341(a) Meeting Date: | 12/28/09 |
| Claims Bar Date: | 04/16/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 131. MIDWEST SYSTEMS CONS | 0.00 | 0.00 | | 0.00 | FA |
| 132. MISC COMP EQUIPMENT | 0.00 | 0.00 | | 0.00 | FA |
| 133. MISC OFFICE EQUIP | 0.00 | 0.00 | | 0.00 | FA |
| 134. MOBILE PHONE | 0.00 | 0.00 | | 0.00 | FA |
| 135. MOBILE PHONE | 0.00 | 0.00 | | 0.00 | FA |
| 136. MOBILE PHONE - SR. | 0.00 | 0.00 | | 0.00 | FA |
| 137. MOBILE PHONES GIG OF MEM/ FILE | 0.00 | 0.00 | | 0.00 | FA |
| 138. MODEM | 0.00 | 0.00 | | 0.00 | FA |
| 139. MONITOR CLIPBOARD | 0.00 | 0.00 | | 0.00 | FA |
| 140. MONITOR LASER PRINTER | 0.00 | 0.00 | | 0.00 | FA |
| 141. MOUNTAINEER | 0.00 | 0.00 | | 0.00 | FA |
| 142. NETWORK | 0.00 | 0.00 | | 0.00 | FA |
| 143. NETWORK UPGRADES | 0.00 | 0.00 | | 0.00 | FA |
| 144. NEW PCC SIGNS | 0.00 | 0.00 | | 0.00 | FA |
| 145. NEXTEL PHONE | 0.00 | 0.00 | | 0.00 | FA |
| 146. NEXTEL PHONES | 0.00 | 0.00 | | 0.00 | FA |
| 147. OFFICE BUILDING OUT BUILDING DESIGN | 0.00 | 0.00 | | 0.00 | FA |
| 148. OFFICE CHAIR | 0.00 | 0.00 | | 0.00 | FA |
| 149. OFFICE FURNITURE | 0.00 | 0.00 | | 0.00 | FA |
| 150. OFFICE FURNITURE | 0.00 | 0.00 | | 0.00 | FA |
| 151. OFFICE FURNITURE | 0.00 | 0.00 | | 0.00 | FA |
| 152. OKIDATA PRINTER | 0.00 | 0.00 | | 0.00 | FA |
| 153. PAINTING | 0.00 | 0.00 | | 0.00 | FA |
| 154. PANEL CONNECTORS | 0.00 | 0.00 | | 0.00 | FA |
| 155. PHONES | 0.00 | 0.00 | | 0.00 | FA |
| 156. POLICY & PROCEDURES | 0.00 | 0.00 | | 0.00 | FA |

Ver: 17.05c

**UST Form 101-7-TDR (5/1/2011)** *(Page: 25)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   7

**Exhibit 8**

| | | |
|---|---|---|
| Case No: | 09-46020   ABG   Judge: A. BENJAMIN GOLDGAR | |
| Case Name: | PATTERSON CONSTUCTION COMPANY, INC. | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Date Filed (f) or Converted (c): | 12/04/09 (f) |
| 341(a) Meeting Date: | 12/28/09 |
| Claims Bar Date: | 04/16/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 157. PORTABLE PHONE | 0.00 | 0.00 | | 0.00 | FA |
| 158. PORTABLE PHONES | 0.00 | 0.00 | | 0.00 | FA |
| 159. POST CONCRETE REPAIR | 0.00 | 0.00 | | 0.00 | FA |
| 160. POWER WASHER | 0.00 | 0.00 | | 0.00 | FA |
| 161. PRINTERS | 0.00 | 0.00 | | 0.00 | FA |
| 162. RECLASS MI EQUIP | 0.00 | 0.00 | | 0.00 | FA |
| 163. RECLS MICHIGAN EQUIP | 0.00 | 0.00 | | 0.00 | FA |
| 164. REFRIGERATOR | 0.00 | 0.00 | | 0.00 | FA |
| 165. RHOMAT & ENTERNET | 0.00 | 0.00 | | 0.00 | FA |
| 166. SERVER | 0.00 | 0.00 | | 0.00 | FA |
| 167. SHEDDER | 0.00 | 0.00 | | 0.00 | FA |
| 168. SHELVES 2004 MERCURY | 0.00 | 0.00 | | 0.00 | FA |
| 169. SHELVES FOR WAREHOUSE | 0.00 | 0.00 | | 0.00 | FA |
| 170. SHELVES FOR WAREHOUSE | 0.00 | 0.00 | | 0.00 | FA |
| 171. SIGNS | 0.00 | 0.00 | | 0.00 | FA |
| 172. SIGNS FOR OFFICE | 0.00 | 0.00 | | 0.00 | FA |
| 173. SIGNSNOW FOR WAREHOUSE | 0.00 | 0.00 | | 0.00 | FA |
| 174. SOFTWARE | 0.00 | 0.00 | | 0.00 | FA |
| 175. SOFTWARE | 0.00 | 0.00 | | 0.00 | FA |
| 176. SOFTWARE | 0.00 | 0.00 | | 0.00 | FA |
| 177. SOFTWARE | 0.00 | 0.00 | | 0.00 | FA |
| 178. SPRINT INTERNET CARDS | 0.00 | 0.00 | | 0.00 | FA |
| 179. TELEPHONE SYST INST | 0.00 | 0.00 | | 0.00 | FA |
| 180. TILE | 0.00 | 0.00 | | 0.00 | FA |
| 181. TOSHIBA COMP LAPTOP | 0.00 | 0.00 | | 0.00 | FA |
| 182. TOSHIBA LAPTOP 225CD | 0.00 | 0.00 | | 0.00 | FA |

FORM 2

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   8

Exhibit 8

| Case No: | 09-46020 | ABG | Judge: A. BENJAMIN GOLDGAR |
| Case Name: | PATTERSON CONSTUCTION COMPANY, INC. | | |

| Trustee Name: | JOSEPH E. COHEN |
| Date Filed (f) or Converted (c): | 12/04/09 (f) |
| 341(a) Meeting Date: | 12/28/09 |
| Claims Bar Date: | 04/16/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 183. W JOHNSON ARCHITECT | 0.00 | 0.00 | | 0.00 | FA |
| 184. W. JOHNSON ARCHITECT | 0.00 | 0.00 | | 0.00 | FA |
| 185. WAREHOUSE FIX UP | 0.00 | 0.00 | | 0.00 | FA |
| 186. WAREHOUSE PAINT | 0.00 | 0.00 | | 0.00 | FA |
| 187. WAREHOUSE SUPPLIES | 0.00 | 0.00 | | 0.00 | FA |
| 188. WATER COOLER | 0.00 | 0.00 | | 0.00 | FA |
| 189. WATER COOLER | 0.00 | 0.00 | | 0.00 | FA |
| 190. WIRING FOR NETWORK | 0.00 | 0.00 | | 0.00 | FA |
| 191. FRAUDULENT CONVEYANCES (u) | 0.00 | 75,000.00 | | 59,220.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 4.70 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $187,747.22 | $75,000.00 | | $68,124.32 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS COLLECTED SOME ACCOUNTS RECEIVABLE OF THE DEBTOR. TRUSTEE TO INITIATE AN PREFERENCE AND FRAUDULENT CONVEYANCE ANALYSIS. TRUSTEE HAS FILED 7 ADVERSARY COMPLAINTS SEEKING RECOVERY OF FRAUDULENT CONVEYANCES. LITIGATION IS ONGOING WITH SOME SETTLEMENTS. TRUSTEE HAS SETTLED THE LAST PENDING ADVERSARY COMPLAINT AND WILL COMMENCE WORK ON THE FINAL REPORT AND RELATED DOCUMENTS. TRUSTEE PREPARING DRAFT OF FINAL REPORT. THE FINAL REPORT WAS FILED WITH A HEARING SET FOR 1/10/14 - January 14, 2014. THE DEBTOR SCHEDULED ITS ASSETS WITH AN UNKNOWN VALUE. THE TRUSTEE HAS CORRECTED FORM 1 TO SHOW THAT VALUES WERE KNOWN AND THAT THE ASSETS HAVE BEEN FULLY ADMINISTERED - March 24, 2014, TRUSTEE IS SUBMITTING HIS TDR FOR REVIEW BY THE UST - April 14, 2014.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    9

Exhibit 8

| | | |
|---|---|---|
| Case No: | 09-46020    ABG    Judge: A. BENJAMIN GOLDGAR | Trustee Name:    JOSEPH E. COHEN |
| Case Name: | PATTERSON CONSTUCTION COMPANY, INC. | Date Filed (f) or Converted (c):    12/04/09 (f) |
| | | 341(a) Meeting Date:    12/28/09 |
| | | Claims Bar Date:    04/16/12 |

Initial Projected Date of Final Report (TFR): 06/30/13        Current Projected Date of Final Report (TFR): 11/30/13

Page: 1

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-46020 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | PATTERSON CONSTUCTION COMPANY, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1988 Checking Account |
| Taxpayer ID No: | *******9283 | | |
| For Period Ending: | 04/05/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 42,590.29 | | 42,590.29 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.25 | 42,564.04 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.12 | 42,536.92 |
| 11/21/12 | 191 | Corporate Design & Development Group,LLC | Settlement of Adversary | 1241-000 | 7,720.00 | | 50,256.92 |
| 11/21/12 | 191 | US Bank | Settlement of Adversary | 1241-000 | 7,500.00 | | 57,756.92 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.35 | 57,727.57 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.78 | 57,690.79 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 85.76 | 57,605.03 |
| 02/18/13 | 191 | DRW SERVICES, INC. | Settlement of Adversary | 1241-000 | 10,000.00 | | 67,605.03 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Bond premium | 2300-000 | | 60.64 | 67,544.39 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 82.63 | 67,461.76 |
| 03/13/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.00 | 67,448.76 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 100.32 | 67,348.44 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 96.89 | 67,251.55 |
| 05/08/13 | 300002 | COHON RAIZES & REGAL | Attorney fees per court order | 3210-000 | | 4,947.50 | 62,304.05 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 95.48 | 62,208.57 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 89.51 | 62,119.06 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 92.36 | 62,026.70 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 92.22 | 61,934.48 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 89.12 | 61,845.36 |
| 01/14/14 | 300003 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 6,656.22 | 55,189.14 |
| 01/14/14 | 300004 | JOSEPH E. COHEN | Chapter 7 Expenses | 2200-000 | | 406.36 | 54,782.78 |

Page Subtotals 67,810.29 13,027.51

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 29)*

FORM 2                                                                                                          Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                              Exhibit 9

| Case No: | 09-46020 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | PATTERSON CONSTUCTION COMPANY, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1988 Checking Account |
| Taxpayer ID No: | *******9283 | | |
| For Period Ending: | 04/05/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 105 WEST MADISON STREET | | | | | |
| | | SUITE 1100 | | | | | |
| | | CHICAGO, IL  60602-0000 | | | | | |
| 01/14/14 | 300005 | COHEN & KROL | Attorney for Trustee fees | 3110-000 | | 14,607.50 | 40,175.28 |
| 01/14/14 | 300006 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-000 | | 7,303.75 | 32,871.53 |
| 01/14/14 | 300007 | Illinois Department of Revenue | Claim 000011A, Payment 100.00000% | 6950-730 | | 96.28 | 32,775.25 |
| | | <B>(ADMINISTRATIVE)</B> | | | | | |
| | | Bankruptcy Section | | | | | |
| | | PO Box 64338 | | | | | |
| | | Chicago, IL 60664-0338 | | | | | |
| 01/14/14 | 300008 | Illinois Department of Employment Security | Claim 000001, Payment 100.00000% | 5800-000 | | 311.54 | 32,463.71 |
| | | 33 South State Street | (1-1) Unemployment tax | | | | |
| | | Chicago, Illinois 60603 | | | | | |
| | | Attn: Bankruptcy Unit - 10th flr. | | | | | |
| 01/14/14 | 300009 | Internal Revenue Service | Claim 000012A, Payment 100.00000% | 5800-000 | | 24.87 | 32,438.84 |
| | | Dept of the Treasury | (12-1) Modified to correct | | | | |
| | | PO Box 7346 | creditors address on 10/15/12 (ar) | | | | |
| | | Philadelphia, PA 19101-7346 | | | | | |
| 01/14/14 | 300010 | Commonwealth Edison Company | Claim 000002, Payment 3.65587% | 7100-000 | | 19.25 | 32,419.59 |
| | | Bankruptcy Department | | | | | |
| | | 3 Lincoln Center | | | | | |
| | | Oakbrook Terrace, IL 60181 | | | | | |
| 01/14/14 | 300011 | Expert Installation Inc. | Claim 000003, Payment 3.65701% | 7100-000 | | 7.89 | 32,411.70 |
| | | P.O. Box 398 | | | | | |
| | | Richmond, IL 60071-0398 | | | | | |
| 01/14/14 | 300012 | AJAX Waste Service | Claim 000004, Payment 3.65714% | 7100-000 | | 10.24 | 32,401.46 |
| | | P.O. BOX 3909 | | | | | |
| | | JOLIET, IL 60434-3909 | | | | | |
| 01/14/14 | 300013 | Faith Mechanical, Inc | Claim 000005, Payment 3.65656% | 7100-000 | | 543.73 | 31,857.73 |
| | | 1N301 Stargrass Lane | | | | | |

Page Subtotals                                                                          0.00            22,925.05

**UST Form 101-7-TDR (5/1/2011)** *(Page: 30)*                                                                  Ver: 17.05c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-46020  -ABG | |
| Case Name: | PATTERSON CONSTUCTION COMPANY, INC. | |
| | | |
| Taxpayer ID No: | *******9283 | |
| For Period Ending: | 04/05/14 | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1988  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/14/14 | 300014 | Elburn, IL 60119-9486 Fabricating & Welding 12246 South Halsted Street Chicago, IL 60628-6428 | Claim 000006, Payment 3.65652% | 7100-000 | | 577.54 | 31,280.19 |
| 01/14/14 | 300015 | Bank of America by merger to LaSalle Bank Scott E Jensen 101 N Wacker Dr Suite 101 Chicago, IL 60606 | Claim 000007A, Payment 3.65654% (7-1) Modified to correct creditors address on 2/22/12 (ar) | 7100-000 | | 29,929.33 | 1,350.86 |
| 01/14/14 | 300016 | Wendell Builders, Inc. 394 Lincoln Terrace Buffalo Grove, IL 60089 | Claim 000008, Payment 3.65655% (8-1) Work performed as a subcontractor | 7100-000 | | 1,136.09 | 214.77 |
| 01/14/14 | 300017 | SPEEDWAY LLC PO BOX 1590 SPRINGFIELD, OH 45501 | Claim 000009, Payment 3.65667% | 7100-000 | | 70.34 | 144.43 |
| 01/14/14 | 300018 | Hafer Acoustical Ceilings, Inc. 1514 Charnbrook Drive McHenry, IL 60051 | Claim 000010, Payment 3.65646% | 7100-000 | | 144.43 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 67,810.29 | 67,810.29 | 0.00 |
| Less:  Bank Transfers/CD's | 42,590.29 | 0.00 | |
| Subtotal | 25,220.00 | 67,810.29 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 25,220.00 | 67,810.29 | |

Page Subtotals        0.00        31,857.73

Ver: 17.05c

FORM 2

Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-46020  -ABG | |
| Case Name: | PATTERSON CONSTUCTION COMPANY, INC. | |

| | |
|---|---|
| Taxpayer ID No: | *******9283 |
| For Period Ending: | 04/05/14 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1176  BofA - Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 02/17/10 | 1 | Patterson Construction Co. Inc. | | 1129-000 | 4,900.00 | | 4,900.00 |
| | 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 4,900.03 |
| | 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 4,900.16 |
| | 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,900.28 |
| | 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,900.40 |
| | 06/01/10 | 3 | CITY OF ROLLING MEADOWS | ACCOUNT RECEIVABLE | 1121-000 | 3,000.00 | | 7,900.40 |
| | 06/01/10 | 3 | VILLAGE OF GLENVIEW | ACCOUNT RECEIVABLE | 1121-000 | 599.62 | | 8,500.02 |
| * | 06/01/10 | 3 | MARATHON PETROLEUM | ACCOUNT RECEIVABLE | 1121-003 | 6,077.00 | | 14,577.02 |
| | 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.22 | | 14,577.24 |
| * | 07/21/10 | 3 | MARATHON PETROLEUM | CHECK RETURNED FROM MARATHON PET. | 1121-003 | -6,077.00 | | 8,500.24 |
| | | | | Check returned refer to maker for deposit made on | | | | |
| | | | | 6/1/2010 from Marathon Petroleum | | | | |
| | 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,500.45 |
| | 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.22 | | 8,500.67 |
| | 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,500.88 |
| | 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,501.09 |
| | 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,501.30 |
| | 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.22 | | 8,501.52 |
| | 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.22 | | 8,501.74 |
| | 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,501.81 |
| | 03/29/11 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 4.16 | 8,497.65 |
| | 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,497.72 |
| | 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,497.79 |
| | 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,497.86 |
| | 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,497.93 |
| | 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,498.00 |
| | 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 8,498.08 |
| | 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,498.15 |

| | | | |
|---|---|---|---|
| | Page Subtotals | 8,502.31 | 4.16 |

FORM 2

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-46020  -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | PATTERSON CONSTUCTION COMPANY, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1176  BofA - Money Market Account |
| Taxpayer ID No: | *******9283 | | |
| For Period Ending: | 04/05/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/26/11 | 3 | Charter Township of Commerce | ACCOUNT RECEIVABLE | 1121-000 | 400.00 | | 8,898.15 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,898.22 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.84 | 8,887.38 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,887.45 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.96 | 8,876.49 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,876.56 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.94 | 8,865.62 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 8,865.70 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.63 | 8,854.07 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,854.14 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.52 | 8,843.62 |
| 03/11/12 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 7.44 | 8,836.18 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,836.25 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.87 | 8,825.38 |
| 04/10/12 | 191 | AMERICAN EXPRESS TRAVEL RELATED SERVICES | Settlement of Adversary | 1241-000 | 30,000.00 | | 38,825.38 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.22 | | 38,825.60 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 33.34 | 38,792.26 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.33 | | 38,792.59 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 49.29 | 38,743.30 |
| 06/19/12 | 191 | TOTAL MECHANICAL | Settlement of Adversary | 1241-000 | 4,000.00 | | 42,743.30 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.33 | | 42,743.63 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 47.36 | 42,696.27 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.36 | | 42,696.63 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 56.00 | 42,640.63 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.34 | | 42,640.97 |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 50.68 | 42,590.29 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |

Page Subtotals        34,402.01        309.87

LFORM24

Ver: 17.05c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   6

Exhibit 9

| Case No: | 09-46020  -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | PATTERSON CONSTUCTION COMPANY, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1176  BofA - Money Market Account |
| Taxpayer ID No: | *******9283 | | |
| For Period Ending: | 04/05/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | DALLAS, TX  75283 Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 42,590.29 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 42,904.32 | 42,904.32 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 42,590.29 | |
| Subtotal | 42,904.32 | 314.03 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 42,904.32 | 314.03 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******1988 | 25,220.00 | 67,810.29 | 0.00 |
| BofA - Money Market Account - *******1176 | 42,904.32 | 314.03 | 0.00 |
| | ------------------------- | ------------------------- | ------------------------- |
| | 68,124.32 | 68,124.32 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          42,590.29